E. BREEN ARNTZ, ESQ.
Nevada Bar No. 3453
THE LAW OFFICE OF KAREN H. ROSS
2275 Corporate Circle, Suite 160
Henderson, Nevada 89074
Ph: (702) 485-4152
Fax: (702) 485-4125
breenarntz@me.com
*Attorney for Plaintiff*

THE LAW OFFICE OF KAREN H. ROSS
2275 CORPORATE CIRCLE | SUITE 160
HENDERSON | NEVADA 89074
TEL: (702) 485-4152 | FAX: (702) 485-4125

**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

MIRELYS JIMENEZ, an individual,

Plaintiff,

vs.

UNITED STATES OF AMERICA

Defendant.

Case No.:

COMES NOW Plaintiff MIRELYS JIMENEZ, individually, by and through her attorney of record, E. BREEN ARNTZ, ESQ., of THE LAW OFFICE OF KAREN H. ROSS, for her Complaint against Defendant, alleges as follows:

**I.**

**PARTIES**

1. Plaintiff, Mirelys Jimenez, was at all relevant times herein a resident of Clark County, Nevada.

2. Defendant, the United States of America, may be served by delivering a copy of the Summons and Complaint to the United States Attorney for the District of Nevada.

3. Upon information and belief, at all times relevant hereto, the UNITED STATES OF AMERICA, through its agent, the UNITED STATES DEPARTMENT OF VETERAN AFFAIRS ("USDVA"), is an appropriate defendant under the Federal Tort Claims Act.

THE LAW OFFICE OF KAREN H. ROSS
2275 CORPORATE CIRCLE | SUITE 160
HENDERSON | NEVADA 89074
TEL: (702) 485-4152 | FAX: (702) 485-4125

4. Upon information and belief, at all times relevant hereto, DR. KYLE T. ROBINSON, M.D., during all time periods relevant to this Complaint, was a healthcare provider practicing medicine with the USDVA, was an employee of Defendant and acting within the scope of his employment.

5. Upon information and belief, at all times relevant hereto, DR. KYLE T. ROBINSON, M.D. was an employee of Defendant UNITED STATES OF AMERICA'S agent, the USDVA, and Defendant is vicariously liable for the acts of the DR. KYLE T. ROBINSON, M.D. and/or its employees. Defendant UNITED STATES OF AMERICA, through its agent, the USDVA, has fully authorized, approved and ratified the conduct of DR. KYLE T. ROBINSON, M.D.

## II.

## JURISDICTION

6. This Federal District Court has subject matter jurisdiction over this lawsuit under U.S. Const., Art. 3 § 2, cl. 1, and 28 U.S.C. §1346(b), 2671-80, commonly known as the Federal Tort Claims Act, which vests exclusive subject - matter jurisdiction of the Federal Tort Claims Act in Federal District Court.

7. Venue of this suit is proper herein because the acts, events, or omissions giving rise to these claims occurred in Las Vegas in the District of Nevada under 28 U.S.C. §1391.

## III.

## CONDITIONS PRECEDENT

8. Plaintiff pleads pursuant to 28 U.S.C. §2672 and 2675(a) that the claims set forth meet all jurisdictional requirements, including timely administrative presentment. Plaintiff timely presented these claims in writing to the Department of Veterans Affairs, Office of Chief Counsel, Torts Law Group, 810 Vermont Avenue, Washington, D.C. 20420.

9. The UNITED STATES OF AMERICA made a final disposition of this matter on October 25, 2021, in writing by certified mail.

10. Pursuant to 28 U.S.C. §2675(a), Plaintiff has complied with all jurisdictional requirements and conditions prior to the commencement and prosecution of this suit.

## IV.

## FACTS

11. Plaintiff realleges and incorporates herein by reference paragraphs 1-10 and all facts and allegations stated herein as though set forth fully herein.

12. Defendant, UNITED STATES OF AMERICA, operates heath care facilities across the nation through the USDVA. Among the facilities that it operates is the VA Southern Nevada Healthcare System ("VASNHS"). In operating the VASNHS, Defendant holds itself out to military personnel, their members, families, retirees, and other who enter its facility to use that degree of care, skill, diligence, and attention used by hospitals generally in the local community in the care and treatment of patients. The facility operated by Defendant employs, among others, doctors, nurses, and other hospital personnel over which it exercises exclusive control and supervision, with the right to employ and discharge such employees.

13. At all time periods relevant to this Complaint, there existed between the physician identified herein and Plaintiff the relationship of physician-patient.

14. On July 6, 2017, Defendant, its employees, health care providers, and specifically DR. KYLE T. ROBINSON, M.D., deviated from, and fell below, acceptable standards of practice and care for Plaintiff, including, but not limited to, the failure to accurately categorize a lesion in the left breast as a BIRDS of 4 or 5 and recommend her for immediate biopsy.

15. That the breast ultrasound of July 6, 2017, revealed a large heterogenous lesion measuring up to almost 6 cm, with areas of taller-than-wide features, with prominent solid components and areas of lobulation, which was also described as solid by the ultrasound technologist per the tech worksheet, and which was quite amenable to biopsy located only a few millimeters beneath the skin

THE LAW OFFICE OF KAREN H. ROSS
2275 CORPORATE CIRCLE | SUITE 160
HENDERSON | NEVADA 89074
TEL: (702) 485-4152 | FAX: (702) 485-4125

THE LAW OFFICE OF KAREN H. ROSS
2275 CORPORATE CIRCLE | SUITE 160
HENDERSON | NEVADA 89074
TEL.: (702) 485-4152 | FAX: (702) 485-4125

surface.

16. That the ultrasound report by radiologist KYLE T. ROBINSON, M.D. suggested a BIRADS category of 3, suggesting probably benign findings.

17. That the incorrect diagnosis caused Plaintiff's undiagnosed cancer continued to grow.

18. That the cancerous mass increased in size from 5.9 cm x 3.7 cm x 5.3 cm to 8 cm x 6 cm x 8 cm in eight weeks.

19. On July 6, 2017, the day of initial clinical presentation, the cancerous mass would have been a Stage IIa metaplastic carcinoma, an aggressive form of cancer.

20. That because the cancer was Stage IIa metaplastic carcinoma at that time and went undiagnosed, the mass underwent approximately 3 doublings, resulting in an upstaging of the cancer to Stage IIb metaplastic carcinoma.

21. That the overall ten-year survival rate for Stage IIa metaplastic carcinoma compared to Stage IIb metaplastic carcinoma reduces from 55% to 45%.

22. That had Plaintiff received the correct diagnosis on July 6, 2017, she more likely than not, would survive her breast cancer and be cured.

23. That ultimately on October 21, 2017, Plaintiff presented to Centennial Hills Hospital Emergency Department with left breast pain and swelling due to injury when Plaintiff's 21-month-old son, who weighed 30 pounds, was lying on her side, and jumped onto her left breast, causing the mass to no longer be well defined due to generalized edema throughout the entire breast that was tender to the touch.

24. That on October 27, 2017, Plaintiff underwent a partial mastectomy.

25. That on November 29, 2017, Plaintiff underwent neoadjuvant chemotherapy.

26. That on March 2, 2018, Plaintiff underwent a total mastectomy with implant removal.

27. That on July 31, 2018, Plaintiff underwent adjuvant chest wall radiotherapy.

THE LAW OFFICE OF KAREN H. ROSS
2275 CORPORATE CIRCLE | SUITE 160
HENDERSON | NEVADA 89074
TEL: (702) 485-4152 | FAX: (702) 485-4125

28. That amongst other things, Plaintiff presently suffers from lymphedema and other ailments associated with the condition and treatment of the Stage IIb metaplastic carcinoma.

V.

**FIRST CAUSE OF ACTION**

**PROFESSIONAL NEGLIGENCE**

29. Plaintiff realleges and incorporates herein by reference paragraphs 1-28 and all other facts and allegations of this Complaint as if fully set forth herein.

30. Defendant's employees and/or agents, including but not limited to KYLE T. ROBINSON, M.D., owed a duty to act in the same manner as an ordinarily prudent physician, in the same or similar circumstance in caring for, diagnosing and treating Plaintiff.

31. Defendant held itself and its employees and agents out to Plaintiff as providers of healthcare with the requisite training, experience and competent medical personnel to properly care for, diagnose and treat the Plaintiff.

32. Defendant, by and through its agents USDVA and VASNHS physicians, owed Plaintiff a duty to provide reasonable and ordinary medical care and treatment to her according to the applicable standard of care required of same or similar healthcare providers.

33. That the Defendant and its agents, including DR. KYLE T. ROBINSON, M.D., breached the standard of care, by among other things, not accurately categorizing a lesion in the left breast as a BIRDS of 4 or 5 and recommending her for immediate biopsy. (*See* the Affidavit of Merit, pursuant to NRS 41A.071 of Board-Certified Radiologist, Dr. Daniel Cousin, M.D., and Curriculum Vitae, **Ex. 1**).

34. Further, VASNHS, DR. KYLE T. ROBINSON, M.D. did not account for Plaintiff's strong family history of colon cancer, breast cancer and ovarian cancer or the physical appearance of the tumoral mass as hard and irregular upon

THE LAW OFFICE OF KAREN H. ROSS
2275 CORPORATE CIRCLE | SUITE 160
HENDERSON | NEVADA 89074
TEL: (702) 485-4152 | FAX: (702) 485-4125

presentation on July 6, 2017, which is not consistent with the diagnosis of a galactocele and does not correlate clinically to the diagnosis of galactocele.

35. As a result of all of the breaches in the standard of care, it is more likely than not that Plaintiff will not survive. (*See* the Affidavit of Merit, pursuant to NRS 41A.071) of Board-Certified Pathologist, Dr. Sanford H. Barsky, M.D. and Curriculum Vitae, **Ex. 2**).

36. Plaintiff has suffered, among other things, severe pain, extreme suffering, severe emotional distress, mental anguish, lymphedema, depression, and anxiety.

37. As a result of the breaches of standard of care, Plaintiff incurred past and future medical expenses, past and future hospital expenses, past and future lost income. In an amount in excess of $75,000.

38. It has become necessary for Plaintiff to retain the services of an attorney to prosecute this action, and Plaintiff is entitled to attorney's fees and costs of suit incurred herein.

**SECOND CAUSE OF ACTION**

**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

39. Plaintiff realleges and incorporates herein by reference paragraphs 1-38 and all other facts and allegations of this Complaint as if fully set forth herein.

40. The acts of the Defendant's employees, DR. KYLE T. ROBINSON, M.D., was extreme and outrageous and done with a reckless disregard for the rights of Plaintiff and/or were intended to cause the Plaintiff severe emotional distress and did, in fact, cause the Plaintiff severe emotional distress, proximately causing the damages and injuries alleged herein in a sum in excess of $75,000.

41. It has become necessary for Plaintiff to retain the services of an attorney to prosecute this action, and Plaintiff is entitled to attorney's fees and costs of suit incurred herein.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter judgment in her favor and against Defendant, and award Plaintiff the following:

a. Actual damages, general and special, in excess of $75,000;

b. Costs of suit;

c. Pre-judgment and post-judgment interest, as provided by law;

d. All other relief the Court deems appropriate.

DATED this 25th day of April, 2022.

THE LAW OFFICE OF KAREN H. ROSS

*/s/ E. Breen Arntz, Esq.*

E. Breen Arntz, Esq.
Nevada Bar No. 3453
2275 Corporate Circle, Suite 160
Henderson, Nevada 89074
Phone: (702) 485-4152
Fax: (702) 485-4125
*Attorney for Plaintiff*

THE LAW OFFICE OF KAREN H. ROSS
2275 CORPORATE CIRCLE | SUITE 160
HENDERSON | NEVADA 89074
TEL: (702) 485-4152 | FAX: (702) 485-4125

# EXHIBIT 1

THE LAW OFFICE OF KAREN H. ROSS
2275 CORPORATE CIRCLE | SUITE 160
HENDERSON | NEVADA 89074
TEL: (702) 485-4152 | FAX: (702) 485-4125

**AFFIDAVIT OF DANIEL COUSIN, M.D.**

STATE OF FLORIDA )
) ss.
COUNTY OF ESCAMBIA )

I, DANIEL COUSIN, M.D., being first duly sworn, deposes and says as follows:

1. That this Affidavit is made pursuant to NRS 41A.071.

2. That I am a Board-Certified Radiologist Certified by both the American Board of Radiology and the National Board of Physicians and Surgeons.

3. That I am licensed to practice medicine in the State of Florida and State of New York.

4. That I completed my residency in Radiology at the Yale - Norwalk Hospital Program and the University of Florida Shands Hospital Program Gainesville.

5. That I am a graduate of Harvard University.

6. That I current serve as the Clinical Director at Bayview Radiology, a full-service outpatient imaging center with a focus on women's imaging, located in Tampa, Florida.

7. That I have served as a Medical Director, as a Program Director for a radiology residency, and in other clinical and administrative roles as delineated by my Curriculum Vitae.

8. That my Curriculum Vitae is attached hereto as Exhibit A.

9. That I have been asked to review the medical care and treatment provided to Mirelys Jimenez (hereafter "Mrs. Jimenez").

10. That I have reviewed radiology imaging materials as well as the medical records from 21st Century Oncology, Yogesh K. Patel, MD., Las Vegas Surgical Associates, LLP, Raja Medi, MD., Steinberg Diagnostic Imaging, Laxmi Iyer, MD., Hope Cancer Care of Nevada, Lymphatic Therapy Services, and the Veterans Administration.

11. That on July 6, 2017, Mrs. Jimenez sought treatment at the Veteran's Administration Hospital for an ill-defined breast mass that she felt while breastfeeding.

12. That Mrs. Jiminez was examined at the local Veterans Administration Hospital by several individuals who felt a large mass which was imaged by ultrasound and mammography and thought to be cystic and solid.

13. That at that time, the mass was thought to be a galactocele (a cyst filled with milk), related to her lactation.

14. That in fact a breast ultrasound of 7/6/2017 revealed a large heterogenous lesion measuring up to almost 6 cm, with areas of taller-than-wide features, with prominent solid components and areas of lobulation, which was also described as solid by the ultrasound technologist per the tech worksheet, and which was quite amenable to biopsy located only a few millimeters beneath the skin surface.

15. That a fine needle aspiration was not preformed to confirm or refute the diagnosis of galactocele.

16. That the ultrasound report by radiologist, Kyle T. Robinson, M.D., suggested that a BIRADS category of 3, suggesting probably benign findings.

17. That at the time of the visit Mrs. Jimenez's visit, there should have been sufficient concern given the imaging findings that the mass could have represented breast cancer and biopsy should have been suggested.

18. That instead, there was an 8-week delay before Mrs. Jimenez was told to return for a follow up physical examination and imaging studies, the timing of the ultrasound-guided biopsy and the time for the pathology report to be issued.

19. That at that time of the biopsy, the mass increased in size.

20. That on October 26, 2017, Mrs. Jimenez was diagnosed with breast cancer with a specific mention and description of metaplastic carcinoma.

21. That on November 1, 2017, Mrs. Jimenez underwent a lumpectomy (partial mastectomy) and sentinel lymph node biopsy.

22. That the pathology report indicated residual poorly differentiated carcinoma with a surgically positive margin.

23. That breast cancers arising during pregnancy, in the post-partem or puerperium period, while uncommon, are particularly aggressive and must be evaluated carefully with a sense of urgency.

THE LAW OFFICE OF KAREN H. ROSS
2275 CORPORATE CIRCLE | SUITE 160
HENDERSON | NEVADA 89074
TEL: (702) 485-4152 | FAX: (702) 485-4125

THE LAW OFFICE OF KAREN H. ROSS
2275 CORPORATE CIRCLE | SUITE 160
HENDERSON | NEVADA 89074
TEL: (702) 485-4152 | FAX: (702) 485-4125

24. That Mrs. Jimenez delayed diagnosis could have been avoided had she received a BIRADS of 4 or 5 and had she been recommended for biopsy at the time of the 7/6/2017 radiology service.

25. That this was not ordered or performed which allowed the cancer to grow for an eight-week period.

26. That the radiologist's failure to accurately categorize the lesion as more worrisome than just "probably benign" and the failure to recommend biopsy at the time of the interpretation of the 7/6/2017 ultrasound instead of advocating for later work up – constitutes a deviation from the standard of care for radiologists who practice mammography.

27. That all of my opinions herein are to a reasonable degree of medical certainty. I hereby reserve the right to supplement this Affidavit should additional information be received.

FURTHER YOUR AFFIANT SATETH NAUGHT.

Executed on this 25th date of April, 2022.

DANIEL COUSIN, M.D.

SUBSCRIBED AND SWORN to before me this
25th day of April, 2022.




NOTARY PUBLIC in and for the
Escambia of Clark, State of Florida.
My Commission Expires: January 07, 2023



# Curriculum Vitae – Daniel Cousin, MD, DABR, DNBPAS

Cage: 8PS47 DUN: 021491772

**ADDRESS:**

304 Indian Trace #884
Weston, FL 33326

Phone: (646) 303-3125 (cell)
E-mail: cousin@post.harvard.edu

**EDUCATION:**

**B.A.** Harvard University 2000

- major: Cognitive Neuroscience (double honors major)
- graduated Magna Cum Laude
- other academic scholarships and awards received:
  Mease Health Care Scholarship, Harvard College Scholarship, Soroptimist International Scholarship, David J. Hanson Award

**M.D.** Albert Einstein College of Medicine 2005

**PROFESSIONAL EXPERIENCE:**

**Bayview Radiology, Tampa, FL (private outpatient imaging)** **1/2016 – present**

- Clinical Director
- Diagnostic Radiologist
- Consulting – various (medicolegal/medmal/personal injury/utilization/insurance IME, etc.) providing expert consultation and testimony for attorneys and organization both local and national.

**Radsurity, P.A., Delray Beach, FL** **1/2013 – present**

- President
- Medical Consultant
- Consulting – various (medicolegal/personal injury, utilization/insurance, etc.)
- Selected as "Top Doctor in Delray Beach, FL" by International Association of Radiologists (IAR), 2016
- Selected - 2016 Best of Delray Beach Awards for Radiologist.
- Selected as Top Doctor Award 2017

**DIA, Boca/Delray/Boynton, FL (private outpatient imaging)** **1/2013 – 12/2015**

- Medical Director
- Lead radiologist

**Columbia / Harlem Hospital Center, New York, NY** **7/2011 – 6/2012**

**Assistant Clinical Professor of Nuclear Radiology**

- Program Director of the Radiology Residency, 12/2011-4/2012
- Associate Program Director of the Radiology Residency, 9/2011-11/2011
- Physician Affiliate Group of New York local Governance Council, elected term 2011-12
- Residency Education Committee, member, 7/2011-6/2012
- Helpful in the successful ACR credentialing of Harlem's Nuclear Medicine Dept, 2011
- Teacher's Program Certificate, AUR course, San Antonio 2012

- Lecturer, 7/2011-6/2012
- Selected as Top Doctor by the IAR (International Association of Radiologists), 2013, spotlighted in renowned publication, *The Leading Physicians of the World.*

**Columbia University / New York Presbyterian Hospital, New York, NY** **7/2010 – 6/2011**

**Post Doctorate ACGME Clinical Fellowship in Whole Body Imaging, including PET-CT and Nuclear Radiology**

- Chief Fellow
- Employee of the Month Award, selected for January 2011, Columbia University/NYPresb.
- Cardiac Imaging Mini-Fellowship (including training in Cardiac MRI and CTA)
- Guest Lecturer: Nuclear Medicine Advanced Course at Manhattan College
  Medical Physics Graduate Student Course, Columbia University
  Radiology Residency Boards Review, Columbia/NYP

**University of Florida Shand's Hospital, Gainesville, FL** **5/2008 – 6/2010**

**Radiology Resident, R3 and R4**

- Adjunct Professor, Center for the Arts in Healthcare, University of Florida
- Lecturer, School of Nursing, University of Florida
- Co-Treasurer, Florida Radiology Society, Residents & Fellow Section, 2008
- Ambassador, Resident Ambassador Program for incoming House Staff

**Yale – Norwalk Hospital, Radiology Residency, New Haven – Norwalk, CT** **7/2006 – 4/2008**

**Radiology Resident, R1 and R2**

- Program Representative, House Officer Assembly, 2006 – 2008
- Interviewer, Resident Applicant Admissions Committee, 2008

**Mount Sinai – Cabrini Medical Center, Internship in Internal Medicine, NYC** **7/2005 – 6/2006**

- Medical Intern

---

LICENSURES: **Florida – active since 2008**
**New York – active since 2010**
**Maine – 2013 – 2015, now inactive**
**CERTIFICATIONS: American Board of Radiology, 2011 – present**
**National Board of Physicians and Surgeons 2015 - present**
**ACLS/BCLS certified, 2005 – 2014**

---

## PROFESSIONAL AFFILIATION

Active member of:
- American College of Radiology, 2011- present
- AEPi Fraternity, Founding Father of Harvard University's chapter and active member of the alumni committee, 2000 - present

Previously a member of:
- Association of Program Directors in Radiology-committee member
- Association of University Radiologists
- Radiological Society of North America-annual convention attendee
- American Society of Emergency Radiology-elected as a T3 member
- Florida Radiology Business Management Association-meeting attendee
- American Medical Association- interim convention delegate
- American Roentgen Ray Society
- New York County Medical Society
- Florida Medical Association/Florida Radiology Society

**PROJECTS/PRESENTATIONS/RESEARCH/OTHER AWARDS**

- Weir I, Drescher F, Cousin D, Fraser E, Lee R, Berman L, Strauss E, Wang Y, Fine J. Trends in use and yield of chest computed tomography with angiography for diagnosis of pulmonary embolism in a CT hospital emergency department. Conn Med, 2010;74:5-9.
- D. Cousin, MD, J. Bauman, MD, A. Meinke, MD., Case Report: Cecal Herniation through the Foramen of Winslow, Diagnostic Imaging, September 2007. 9:14.
- Cousin MD, Jagait MD, Gilet MD, The Burden Factor: A novel, dynamic approach for identifying resident fatigue in radiology training programs, ARRS accepted, 4-2012.
- Cousin MD, Jagait MD, Gilet MD, The Burden Factor: A novel, dynamic approach for identifying resident fatigue in radiology training programs, abstract accepted at 89th Annual Meeting and Chapter Leadership / American College of Radiology Conference, 4-2012.
- Evaluation of collaborative factors and medico legal consideration in radiology and patient care UF Systems Based Project: Research Week 2009. University of Florida. project ongoing.
- Judge, Resident and Fellow Research Fair, Harlem Hospital, March 13, 2012
- Gerrard, MD, Cousin MD. Radiology to Go: Mobile Medical Radiology Applications – A Review and Analysis of Radiology Applications on Various Mobile Platforms, electronic exhibit, accepted RNSA 2012
- Gerrard, MD, Cousin MD. Radiology to Go: Mobile Medical Radiology Applications – A Review and Analysis of Radiology Applications on Various Mobile Platforms, oral presentation, accepted RNSA 2012
- Presenter, Society for Nuclear Medicine Annual Meeting, Miami, Continuing Education, 2012 "Review of NRC Regulations"
- Presenter, Society for Nuclear Medicine Annual Meeting, Miami, Current Problems, Controversies, and Techniques in Nuclear Medicine, 2012 "There Is No "I" in Nukes, but There Is a "You!"
- "In 3D, A New Powerful Medicolegal Tool," Daniel Cousin, M.D. Presentation, AALNC Conference, Clearwater Florida 4/14/2018.
- "Your case in 4D- A Powerful Diagnostic Tool" - Chapter Meeting Keynote Speaker, Case Management Society of America (CMSA), 1-10-2019
- "Walk the Walk, Don't Just Talk the Talk: The Truth About Your Case Merit" – Keynote Speaker, 21st Annual IARP (International Association of Rehabilitation Professionals) Southeast Florida W/ C Claims Conference (IARP), Sunrise, FL 11-8-2019
- "Spine Imaging and What Makes a Good Plaintiff or Defense Case." Speaker, Tampa Bay Trial Lawyers Association 7-11-2020
- "Radiology and Case Valuations in 4D" Speaker, Government Employees Insurance Company – South Florida Division 8-20-2020
- "New Approaches to Case Valuations using 4D Demonstrative Evidence," Lecture, State Farm FL Division 9-25-2020.
- Medilaw Physician of the Year Award 2020 and 2021.
- "Advanced Imaging Principles," Lecturer, Concorde Career Institute, 2-11-2021.
- "Neuroradiology for Auto Accidents" Lecturer, Geico Defense Counsel, 3-2-2021
- "Entrepreneur Series: Finding a Supervising/Collaborative Physician," Lecturer, PAVMT Virtual Medicine 3-4-2021
- "Demonstrative Evidence for Medico Imaging of Accidents." 6/4/2021, rubinfiorella.com,

6/4/2021.

- "Neuroimaging 101 and Nothingburgers with Cheese: Alleged vs Actual injuries - and how to tell the difference. Lecture for Examworks offering CEUs for FL, TX, an DE 7-29-2021
- Neuroradiology and Nothingburgers with a Side of Fries, AAAM webinar 9-29-2021
- Interesting Cases In Radiology, Lecture for Concorde Ultrasound School 11-23-2021
- Radiology Imaging and Applications for Claims Management. Workers Compensation Webinar, AbsoluteDx, 3-16-2022
- "How Non-Radiologists Can evaluate for Legitimate vs Frivolous Claims Based on Imaging" SAE Accident Reconstruction Digital Summit, 3/20/2022

**LANGUAGES:**

- English
- Spanish (moderate fluency)

# EXHIBIT 2

THE LAW OFFICE OF KAREN H. ROSS
2275 CORPORATE CIRCLE | SUITE 160
HENDERSON | NEVADA 89074
TEL: (702) 485-4152 | FAX: (702) 485-4125

**AFFIDAVIT OF SANFORD H. BARSKY, M.D.**

STATE OF NEVADA )
) ss.
COUNTY OF CLARK )

I, SANFORD H. BARSKY, M.D., being first duly sworn, deposes and says as follows:

1. That this Affidavit is made pursuant to NRS 41A.071.

2. That I am a Board-Certified Pathologist Certified in Anatomical and Clinical Pathology.

3. That I am licensed to practice medicine in the State of Nevada and State of California.

4. That I completed my residency in Pathology at Harvard Medical School, Beth Israel Hospital, and research training at the National Cancer Institute.

5. That I am a graduate of the University of Pittsburgh School of Medicine and College of Arts and Sciences.

6. That I current serve as Executive Director of the Cancer Center and Institute for Personalized Medicine at the California University of Science and Medicine in Colton, California.

7. That I am a renowned breast pathologist and edited one of the leading authoritative texts in breast pathology, entitled The Breast.

8. That I have held professional positions in Academic Pathology at leading clinical and research institutions over the past forty (40) years which include the National Cancer Institute, the University of California, Los Angeles, Ohio State University, the University of Nevada, the Nevada Cancer Institute and Roseman University of Health Sciences.

9. That my Curriculum Vitae is attached hereto as Exhibit A.

10. That I have been asked to review the medical care and treatment provided to Mirelys Jimenez (hereafter "Mrs. Jimenez").

11. That I have reviewed medical records from 21st Century Oncology, Yogesh K. Patel, MD., Las Vegas Surgical Associates, LLP, Raja Medi, MD., Steinberg Diagnostic

THE LAW OFFICE OF KAREN H. ROSS
2275 CORPORATE CIRCLE | SUITE 160
HENDERSON | NEVADA 89074
TEL: (702) 485-4152 | FAX: (702) 485-4125

Imaging, Laxmi Iyer, MD., Hope Cancer Care of Nevada, Lymphatic Therapy Services, and the Veterans Administration.

12. That on July 6, 2017, Mrs. Jimenez sought treatment at the Veteran's Administration Hospital for an ill-defined breast mass that she felt while breastfeeding.

13. That Mrs. Jimenez was examined at the local Veterans Administration Hospital by several individuals who felt a relatively large mass (5.9 cm x 3.7 cm x 5.3 cm in size) which was imaged by ultrasound and mammography and thought to be cystic and solid.

14. That at that time, the mass was thought to be a galactocele (a cyst filled with milk), related to her lactation.

15. That a fine needle aspiration was not preformed to confirm or refute the diagnosis of galactocele.

16. That instead, there was an 8-week delay before Mrs. Jimenez was told to return for a follow up physical examination and imaging studies, the timing of the ultrasound-guided biopsy and the time for the pathology report to be issued.

17. That at the time of the visit Mrs. Jimenez's return visit, the concern that the mass represented breast cancer was considerably raised which led to biopsy.

18. That at that time of the biopsy, the mass increased to 8 cm x 8 cm in size.

19. That on October 26, 2017, Mrs. Jimenez was diagnosed with breast cancer with a specific mention and description of metaplastic carcinoma.

20. That on November 1, 2017, Mrs. Jimenez underwent a lumpectomy (partial mastectomy) and sentinel lymph node biopsy.

21. That the pathology report indicated residual poorly differentiated carcinoma with a surgically positive margin. The main tumoral mass was measured in the lumpectomy specimen as being 1.8 cm in size, but was also present in a detached tissue marginal fragment, making its size considerably larger. Biomarkers performed indicated that this cancer was triple negative (ER-neg; PR-neg; Her-2/neu-neg) with a very high Ki-67 index of 60%.

THE LAW OFFICE OF KAREN H. ROSS
2275 CORPORATE CIRCLE | SUITE 160
HENDERSON | NEVADA 89074
TEL: (702) 485-4152 | FAX: (702) 485-4125

22. That breast cancers arising during pregnancy, in the post-partem or puerperium period, while uncommon, are particularly aggressive and must be evaluated carefully with a sense of urgency.

23. That at the time of the initial clinical presentation of the mass, the cancer was slightly greater than 5 cm in size in greatest dimension and described as having a cystic component, which most likely would have accounted for at least 25% of the mass; the sentinel lymph node was negative thereby defining the stage of the cancer presented as T2, N0 or Stage IIa.

24. That over a period of 6 weeks the mass would have undergone approximately 3 doublings which would account for a single doubling in size in each dimension.

25. That at the time of the core biopsy the tumor would have been predicted to be at least 8 cm x 6 cm x 8 cm which is corroborated by its estimated size on follow-up imaging of 8 cm x 8 cm and indicates that the delay in diagnosis resulted in an upstaging of the cancer to a T3, N0 or a Stage IIb.

26. That the overall 10-year survival for Stage IIb breast cancer compared with Stage IIa breast cancer is 45 % v 55%.

27. That if Mrs. Jimenez received a timely diagnosis and timely therapy for metaplastic carcinoma at her earlier stage, she, more likely than not, would survive her breast cancer and be cured.

28. That the eight-week delay in diagnosis constitutes a gross deviation from the standard of care for metaplastic breast cancer by Mrs. Jimenez' healthcare providers at the Veterans Administration Hospital and made it more likely than not that Mrs. Jimenez will experience a relapse of her disease both in terms of local recurrence and distal metastasis and not survive.

29. That the conduct outlined in ¶30 constitutes gross malpractice, failing to meet the standard of care, done with a conscious indifference to the consequences from the delay in treatment and a disregard for and indifference to the safety and welfare of Mrs. Jiminez.

THE LAW OFFICE OF KAREN H. ROSS
2275 CORPORATE CIRCLE | SUITE 160
HENDERSON | NEVADA 89074
TEL: (702) 485-4152 | FAX: (702) 485-4125

30. That Mrs. Jimenez delayed diagnosis could have been avoided had she received fine needle aspiration cytology and or a biopsy performed by her healthcare providers at the VA Hospital.

31. That the fine needle aspiration would have revealed milky contents if a galactocele.

32. That this was not ordered or performed which allowed the cancer to grow for an eight-week period.

33. That all of my opinions herein are to a reasonable degree of medical certainty. I hereby reserve the right to supplement this Affidavit should additional information be received.

FURTHER YOUR AFFIANT SATETH NAUGHT.

Executed on this 22 date of April, 2022.

Sanford H. Barsky, MD
SANFORD H. BARSKY, M.D.

SUBSCRIBED AND SWORN to before me this
22 day of April, 2022.

NOTARY PUBLIC in and for the
County of Clark, State of Nevada.
My Commission Expires: 10-05-2022

KHRYSTYNA THOMPSON
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 10-05-2022
Certificate No: 18-4044-1

# CURRICULUM VITAE

**Name:** Sanford H. Barsky, M.D.

**Home Address:** 2606 Grassy Spring Place
Las Vegas, NV 89135-1604

**Place of Birth:** McKees Rocks, PA

**Citizenship:** United States

**Education:** B.S., University of Pittsburgh
M.D., University of Pittsburgh
School of Medicine

**Contact Information:** E-mail (work): barskys@cusm.org
E-mail (home): sbarsky@centurylink.net
Phone (office/fax): (909) 490-5032
Phone (cell): (702) 901-3916

**Postdoctoral Training:**

Internship and Residency
Intern in Medicine and Resident in Pathology,
Beth Israel Hospital, Harvard Medical School
Chief Resident, Pathology, Beth Israel Hospital, Harvard Medical School
Teaching Fellow, Harvard Medical School

Research Training
Research Staff Fellow, Laboratory of Pathology, National Cancer Institute,
National Institutes of Health (Laboratory of Lance A. Liotta, M.D., Ph.D)

Sabbatical Training
Basic training in molecular biology
(Laboratory of Winston Salser, Ph.D., MBI, UCLA)

**Board Certification:** Anatomic and Clinical Pathology

**Medical Licensures:** Active Nevada Medical License, 13448
Active California Medical License, G 54318;
Inactive Ohio, Massachusetts, Maryland and D.C. Medical license

**Academic Appointments:**

| | |
|---|---|
| 1984-1991 | Assistant Professor of Pathology, UCLA School of Medicine |
| 1991-1995 | Associate Professor of Pathology with Tenure, UCLA School of Medicine |
| 1995-2004 | Professor of Pathology with Tenure, UCLA School of Medicine |
| 2000-2004 | Holder of the George N. Papanicolaou Endowment, UCLA |
| 2004-2009 | The Donald A. Senhauser Endowed Professor and Chair of Pathology; Chief of Pathology Services, College of Medicine, The Ohio State University |
| 2009-2015 | Vice President of Academic Liaisons, Professor and Chair of Pathology, Nevada Cancer Institute (NVCI) and University of Nevada |
| 2015-2017 | Cancer Center Director and Chair of Pathology to NVCI's Successor (Roseman University) |
| 2018-2019 | Visiting Professor in Pathology, California University of Science and Medicine |
| 2019- | Executive Director of the Cancer Center and Institute for Personalized Medicine; Professor of Pathology California University of Science and Medicine |
| 2020- | The Dr. Carolyn S. Glaubensklee Endowed Cancer Center Executive Director of the Cancer Center and Institute for Personalized Medicine; Professor of Pathology California University of Science and Medicine |

**Hospital and Other Appointments:**

| | |
|---|---|
| 1984-2004 | Attending Pathologist, UCLA Center for Health Sciences |
| 1989-Present | Deputy Coroner, City of Los Angeles, Los Angeles, CA |
| 2004-2009 | Chief of Pathology Services, OSU Health System |
| 2004-2009 | Section Chief, Arthur G. James Cancer Hospital and Comprehensive Cancer Center |
| 2009-2013 | Scientific Leadership Council, Nevada Cancer Institute |
| 2009-2013 | Clinical Leadership Council, Nevada Cancer Institute |
| 2012-2015 | Founding Director of Nevada's Newborn Screening Program |
| 2021- | CLIA Laboratory Director, CUSM's Clinical Laboratory |

**Editorial and Reviewer Positions:**

American Journal of Pathology
Cancer
Cancer Research
Clinical Cancer Research
Oncogene
Cancer Letters
Proc Natl Acad Sci USA
Laboratory Investigation
J National Cancer Institute
British Journal of Cancer
Breast Cancer Research Treatment
International Journal of Cancer
The Breast Journal
Journal of Investigative Dermatology
Journal of Biological Chemistry
Journal of Cellular Biochemistry
Human Pathology
Journal of Clinical Investigation
Journal of Experimental Medicine
Journal of Pathology
Science
Analytical Biochemistry
European J Cancer
American J Surgical Pathology
New England Journal of Medicine
Lancet

**Honors and Other Special Scientific and Teaching Recognition:**

Fellow, American Association for the Advancement of Science for "distinguished contributions to the field of tumor biology and metastasis, particularly for discoveries underlying the mechanisms of metastatic progression of human breast cancer", 2007

Keynote Speaker, First International Symposium on Inflammatory Breast Cancer, MD Anderson Cancer Center, 2008

Invited speaker, New Concepts Session of AACR: Inflammatory Breast Cancer: A Global Perspective of Translation from the Laboratory to the Clinic, "Expression of a stem cell phenotype and stem cell signaling in inflammatory breast cancer", April 21, 2009.

Keynote speaker, "Pseudomyxoma Peritonei and the Repayment of the Debt", 27th Annual George G. Bierkamper Student Research Convocation University of Nevada, January 19, 2010.

Professor and Salvadorini Endowed Chair of Pathology and Laboratory Medicine (designate), University of Nevada Medicine, 2009 - Present

Senhauser Endowed Chair of Pathology, The Ohio State College of Medicine, The Ohio State University, 2005-2009

Fellow of the George N. Papanicolaou Endowment, 2000-2004

The 2010 Stowell-Orbison Award of the United States and Canadian Academy of Pathology, Trainee: CE Graham-Lamberts, University of Nevada School of Medicine

> CE Graham-Lamberts, AL Llewellyn, Y Ye, K Yearsley, **SH Barsky**, Lymphovascular tumor emboli recapitulate an in vitro mammosphere stem cell phenotype. *Modern Pathology*, 2010

The 2010 Stowell-Orbison Award of the United States and Canadian Academy of Pathology, Trainee: RW Lamberts, University of Nevada School of Medicine

> RW Lamberts, RS Ritzlin, K Yearsley, **SH Barsky**, Multiple skin cancers arising in bone marrow transplant recipients can exhibit a donor origin. *Modern Pathology*, 2010

The 1998 Stowell-Orbison Award of the United States and Canadian Academy of Pathology, Trainee: Jerry OConnell, UCLA School of Medicine

> O'Connell JT, Heras M, Palmarini M, Sharp J, **Barsky SH**. JSRV-related sequence and capsid protein in human lung BAC/PAC suggests a retroviral connection. *Lab Invest*, 1998.

The 1992 Stowell-Orbison Award of the United States and Canadian Academy of Pathology, Trainee: Helen Remotti, UCLA School of Medicine

> Remotti H, Watson L, **Barsky SH**. Mammary Paget's disease: Evidence for a multicentric polyclonal epithelial "field" neoplasm lacking true epithelial invasion. *Lab Invest*, 1992.

"Citation Classic" designation by the Institute for Scientific Information (ISI), 2003 for 2 papers:

> Liotta LA, Rao CN, and **Barsky SH**. Tumor invasion and the extracellular matrix. *Lab. Invest.* 49: 636-649, 1983.
> Total Citations: 837

> **Barsky SH,** Siegal GP, Jannotta F, and Liotta LA. Loss of basement membrane components by invasive tumors but not by their benign counterparts. *Lab Invest* 49: 140-148, 1983.

Total Citations: 444

Most Cited 2010 Article in Clinical Cancer Research:

Charafe-Jauffret E, Ginestier C, Iovino F, Diebel M, Esterni B, Houvenaeghel G, Extra JM, Bertucci F, Jacquemier J, Xerri L, Dontu G, Stassi G, Xiao Y, **Barsky SH**, Birnbaum D, Viens P, Wicha MS. Aldehyde dehydrogenase I-positive cancer stem cells mediate metastasis and poor clinical outcome in inflammatory breast cancer. *Clin Cancer Res 16:* 45-55, 2010.

The 50 Most-Frequently Read Articles of all time in the *American J Pathology,* 2008:

Yi Xiao, Ye Y, Yearsley K, Jones S and **Barsky SH**. The lymphovascular embolus of inflammatory breast cancer expresses a stem cell-like phenotype. *Am J Path* 173: 561-574, 2008.

The 2003 Benjamin Castleman Award – Most Outstanding Paper in Human Pathology:

O'Connell JT, Tomlinson JS, Roberts AA, McGonigle KF and **Barsky SH**. Pseudomyxoma peritonei is a disease of MUC2-expressing goblet cells. *Am J Path* 161: 551- 564, 2002.

Cornelius L. Hopper Scientific Achievement Award, First Prize, Research of the Highest Impact on Breast Cancer, California Breast Cancer Research Program, 2002

Cornelius L. Hopper Scientific Achievement Award, Honorable Mention, Most Innovative Research, California Breast Cancer Research Program, 2002

Cornelius L. Hopper Scientific Achievement Award, Honorable Mention, Most Generally Applicable Research, California Breast Cancer Research Program, 2002

Cornelius L. Hopper Scientific Achievement Award, Honorable Mention, Most Innovative Research and Most Generally Applicable Research, California Breast Cancer Research Program, 1999.

Recipient, Research Career Award, NCI, NIH, 1991-1996

Nominator (by invitation): Nobel Prize for Physiology or Medicine

Extramural Consultant to NCI/NIH Intramural Program of Tumor Cell Biology, 1995-1998

UCLA School of Medicine Nomination for Excellence in Education, 1992

Journal Front Cover Recognition:

*J Biomolec Screen* 15: 20-829, 2010.
"Imaging and analysis of cancer stem cells within 3 dimensional tumor spheroids"

*Cytometry A* 71:273-285, 2007.
"Semi-automated imaging system to quantitate Her-2/neu membrane receptor immunoreactivity in human breast cancer"

*Cancer Research* 62: 3826-3833, 2002.
"SPARKY: A feline bronchioloalveolar lung carcinoma model"

*Laboratory Investigation* 74: 781-796, 1996.
"Proteinase inhibitor controls myoepithelial tumors"

*In Vitro Cell Develop Biol* 32: 550-563, 1996.
"Self-spheroids forming at superconfluent densities"

Editorial Recognition of Published Work:

Stem Cell Origins of Solid Cancers: Evidence from Studying a Transplant Registry, *The Economist*, 2008

"Does marijuana or crack cocaine cause cancer?" *J Natl Cancer Inst* 90: 1182-1185, 1998.

"Looking inside the breast duct", *Lancet* 348: 997-999, 1996.

"The clonality of Paget's disease" *J Invest Derm* 1992

"Cancer hypothesis validated", *J Invest Derm* 88:245, 1987

Benjamin Castleman Award Nomination, NIH

Medical Alumni Scholar Award, University of Pittsburgh, to most outstanding medical student, 1980

Mead Johnson Excellence of Student Research Award

Paul McClain Award to most outstanding student in pharmacology

Alpha Omega Alpha

Phi Beta Kappa

Summa Cum Laude Graduate, University of Pittsburgh

Most Outstanding Basic Cadet, Air Force ROTC, University of Pittsburgh

Valedictorian, Sto-Rox High School, McKees Rocks, PA.

**Membership in Professional Societies:**

Member, Association of Pathology Chairs (APC)

Pathologist Representative, Southwest Oncology Group (SWOG)

Member, United States and Canadian Academy of Pathology

Member, American Society of Investigative Pathology, American Association for Cancer Research and American Society of Cell Biology

**Industry (Company) Entrepreneurial Managerial Experiences:**

Scientific Director, Scientific Advisory Board, Pro-Duct Health, Inc. (Start-Up Company), 1998-2002; acquired by Cytyc, Inc., 2002

Principal Investigator, Pro-Duct Health, Inc.- NIH STTR and SBIR Programs, 1998-2002

Medical Director, Imaging Insight, Inc. (Start-Up Company), 1999-2003; acquired by BioImagene, 2003

Chief Medical Officer, BioImagene, 2003 – 2010, acquired by Ventana, 2011

Principal Investigator, BioImagene – UCDiscovery and NIH STTR and SBIR Programs, 2003 - 2005

Chief Medical Officer, TMAker, 2014

**Administrative and Managerial Experiences (recent):**

CLIA Laboratory Director, CUSM's Clinical Laboratory- 2021-

Founding CLIA Laboratory Director, Nevada's Newborn Screening Program and the Anatomical and Clinical Pathology Laboratory of Medical Associates – North, University of Nevada School of Medicine, 2019-2015

Director, of Cancer Biology, Whittemore Peterson Institute, University of Nevada, Reno, 2009 - 2015

Vice President – Academic Liaisons, Nevada Cancer Institute, 2009-2013

Chief of Pathology and Laboratory Services, Nevada Cancer Institute, 2009 - 2013

Professor and Vasco A. Salvadorini Endowed Chair of Pathology and Lab Medicine, University of Nevada School of Medicine, 2009 - 2014

**Administrative and Managerial Experiences (past):**

Chairman of the Department of Pathology and Chief of Pathology Services, The Ohio State College of Medicine, The Ohio State University, 2004 - 2009

Section Chief, The James Cancer Hospital, 2004 - 2009

Senior Leader, Experimental Therapeutics Branch, James Comprehensive Cancer Center, 2004 – 2009

Member, The James Comprehensive Cancer Center, 2004 - 2009

Chief, Laboratory of Tumor Invasion and Metastasis, Jonsson Comprehensive Cancer Center, UCLA, 1988-2004

Member, OSU Search Committee, Chair of Bioengineering Department, 2005-2006

Member, OSU Search Committee, Chair of Orthopedics, 2006-2007

Member, OSU Tissue Informed Consent Task Force, 2007-2008

Faculty Advisor, Women's Health Initiative, Rhonda Mann Center, UCLA

Faculty Advisor, Iris Cantor Diagnostic Breast Imaging Center, UCLA

Faculty Advisor, University of California Visiting Scientist Program
Member, Search Committee(s): Director, UCLA/Revlon Breast Center; Chairman, Div. of Human Genetics; Faculty, Dept. of Pathology

Director, Department of Pathology, Grand Rounds, 1997-2001

Member, UCLA/Revlon Breast Center Steering Committee, 1995 - 2004

Departmental Representative, Academic Senate, 1997 - 2004

Full Member, Jonsson Comprehensive Cancer Center, 1985 - 2004

Pathologist Representative, UCLA Lung Cancer Task Force, 1992 - 2004

Pathologist Representative, Prostate Cancer Task Force, 1992 - 2004

**<u>Extramural Scientific Study Sections and Advisory Boards:</u>**

NCI, NIH Study Section on Meritorious Cancer Proposals to Reduce Student Loan Debt, August 2015

Member, NIH Consortium of Rare and Orphan Diseases, March, 2014.

Member, NIH ZRG1 HOP-Y Rare Diseases Clinical Research Consortium, 1st meeting, February 19, 2009 – February 20, 2009.
Member, Pathogenesis Study Section, California Breast Cancer Research Program, 2007

Member, External Advisory Board, MD Anderson Hospital, Inflammatory Breast Cancer Task Force, 2007

Member, External Advisory Committee, Northwestern University SPORE in Breast Cancer, 2005

Member, Program Project (P01) Lung Cancer Study Section, NCI, 2004

Member, NCI Breast Cancer SPORE grants Study Section, 2000-Present

Member, NCI Lung Cancer SPORE grants Study Section, 2000-Present

Leader, NCI SBIR Study Section on Developmental Therapeutics, 2000

Member, Special NCI, NIH Study Section on Metastasis, 1993-1999

Member, DOD Breast Cancer Study Sections, 1997-1999

Member, National Cancer Institute of Canada Study Section, 1997-1999

Grant Reviewer, Terry Fox Foundation, 1997 – 1999

Member, National Cancer Institute, NIH Site Visit Study Section for P01's on Prostate Cancer, 1996-1997.

Veterans Administration, Merit Review Panel 1995-1999

Member, Special NCI, NIH Study Section on Prostate Cancer, 1992-1996

Member, Pathology B Study Section, NCI, NIH, 1988-1990

Extramural Reviewer, Wright Foundation, USC, 1993

**Additional Private Sector Experience:**

Consultant, Specialized Genetic Laboratories, Santa Monica, CA

Consultant, Aeron Biotechnology, San Leandro, CA

Consultant, ImPath Diagnostic Laboratories, Los Angeles, CA

Consultant, Strategic Biosolutions

**Clinical Programs:**

Director of Breast Pathology, The Ohio State University

Director of Pathology, UCLA/Revlon Breast Center

**Teaching Programs:**

Lecturer, Course in Cancer Biology (#702.04), Integrated Biomedical Sciences Graduate Program (IBGP), Ohio State, 2005-Present

Lecturer, Course in Fundamentals of Oncology: Pathology-Veterinary Biosciences (#640), Ohio State, 2005-Present

Faculty Sponsor, Student Research Program (SRP) for UCLA Undergraduates, 1986-2004

Director of Medical School Teaching, Cancer Pathology Section, UCLA and UCLA-Harbor-Riverside Program, 1996-1998

Director, Graduate Course: Major Concepts in Oncology, 1986-2004

**Training Grants:**

Faculty member, Integrated Biomedical Sciences Graduate Program (IBGP), The Ohio State University, P.I.: Allan Yates, 2005

Faculty member, MD-PHD program, The Ohio State University, 2005-Present, P.I.: Allan Yates, 2007

Faculty member, NCI T32 training grant Postdoc training in cancer, 2008

**Major Research Interests:**

Tumor stem cells and tumor latency

Basic Molecular Mechanisms of Tumor Invasion and Metastasis

Molecular Mechanisms of Lymphovascular Invasion of Inflammatory Breast Cancer

Myoepithelial/Myofibroblast Paracrine Suppression of Epithelial (DCIS) Cancer Progression

Breast Ductoscopy, Lavage and Intraductal Gene Therapy

Bronchioloalveolar Lung Carcinoma, Comparative Oncological Studies and Molecular Mechanisms

Automation of Tissue Microarray Analysis and Routine Histopathological Diagnosis through Digital Image Algorithms

**Faculty Mentorship of Research Awards:**

Nick Tschernia, Lymphovascular breast carcinoma tumoral emboli beget emboli through stem-cell initiated self-budding histogenesis, 28th Annual George G. Bierkamper Student Research Convocation University of Nevada, January 15, 20111

CE Graham-Lamberts, The 2010 Stowell-Orbison Award of the United

States and Canadian Academy of Pathology

RW Lamberts, The 2010 Stowell-Orbison Award of the United States and Canadian Academy of Pathology

Yin Ye, Ph.D., OSU Post-doctoral fellow: AACR-AstraZeneca Scholar-in-Training Award, AACR Annual Meeting, 2008

Elizabeth Mitchell, OSU Medical student, Roessler Grant Award Recipient, 2008

Sepi Mahooti, M.D., OSU Resident, Finalist, Ohio Society of Pathologists Residents Competition, 2008

Jerome T. O'Connell, M.D.: 2003 Benjamin Castleman Award to Most Outstanding Paper in Human Pathology; First prize in the 1997 Los Angeles Pathology Residents Competition; Second Prize in the 1998 Los Angeles Pathology Residents Competition; The 1998 Stowell-Orbison Award of the United States and Canadian Academy of Pathology; the Binford-Dammin Society First Place Poster Prize, the Binford-Dammin Society of Infectious Disease Pathologists, 1998; the Directors of Anatomical Pathology Autopsy Award, 1998.

Alice A. Roberts, M.D., First prize in the 2002 Los Angeles Pathology Residents Competition

James S. Tomlinson, M.D., First Place Award, Abstract/Poster Presentation, 5th Annual Multidisciplinary Symposium on Breast Disease, Rome, Italy, 2000; First prize in the 2000 Los Angeles Pathology Residents Competition; Second prize, 6th Annual Multidisciplinary Symposium on Breast Disease, Amelia Island, Florida, 2001

Z-M Shao, M.D.: 1998 Chancellor's Award for Most Outstanding Postdoctoral Research at UCLA; First Place Awards (two), Abstract/Poster Presentation, 3rd and 4th Annual Multidisciplinary Symposiums on Breast Disease, Amelia Island, Florida, 1998, 1999.

Paul Kedeshian, M.D.: Basic Science Award, Southern California Resident Research Symposium, 1997; First Prize in Basic Research, Paul H. Ward, M.D. Society Annual Symposium, 1997; Vice President's Award for Basic Research, Triologic Society, 1998.

Mark Sternlicht, Ph.D.: Outstanding graduate student award, 1994; First prize in the 1996 Los Angeles Pathology Residents Competition

Judy Ko, M.D.: Second prize in the 1995 Los Angeles Pathology

Residents Competition

Susan Doberneck, M.D.: First prize in the 1994 Los Angeles Pathology Residents Competition

Lester Thompson, M.D.: First prize in the 1993 Los Angeles Pathology Residents Competition; 2nd Prize College of American Pathologists Award, 1993

Helen Remotti, M.D.: The 1992 Stowell-Orbison Award of the United States and Canadian Academy of Pathology

Doug Ross, M.D.: 2nd Best Resident Paper, American Society for Head and Neck Surgery, 1991

Lee Nelson, M.D.: First Prize Medical Scientist Minority Student Training Program, National Medical Fellowship Program, 1987

Shirley Huang, M.D.: First prize in the 1986 Los Angeles Pathology Residents Competition

**Faculty Supervision of Graduate and Postdoctoral Research Trainees:**
**Past Trainees with subsequent independent funding**

Rayudu Gopalakrishna, Ph.D. Post-doc 1986-1989
Present Position: Department of Pharmacology, USC, Los Angeles, CA. (Associate Professor)

Doug Ross, M.D. Post-doc 1991-1993
Present Position: Department of Head and Neck Surgery, Yale, CT. (Assistant Professor)

Mark Sternlicht, Ph.D. Pre-doc 1991-1996
Present Position: Department of Anatomy, UCSF, San Francisco, CA. (Assistant Professor)

Suzi Safarians, Ph.D. Pre-doc 1992-1996
Present Position: Baxter Laboratories, Glendale, CA. (Independent scientist)

Doug Yamanishi, Ph.D. Post-doc 1996-1998
Present Position: Department of Molecular Biology, Boehringer-Mannheim, Palo Alto, CA. (Independent scientist)

Paul Kedeshian, M.D. Resident 1996-1997
Present Position: Department of Head and Neck Surgery, UCLA School of Medicine, Los Angeles, CA (Assistant Professor)

Mary Alpaugh, Ph.D. Post-doc 1997-2004
Present Position: Department of Biology, City College of New York, NY (Assistant Professor)

Zhi-Ming Shao, M.D. Post-doc 1997-2002
Present Position: Department of Breast Surgery, Shanghai Medical Center, China (Professor)

James S. Tomlinson, M.D., Ph.D. Ph.D. candidate 1998-2004
Present Position: Department of Surgery, UCLA School of Medicine, Los Angeles, CA (Assistant Professor)

**Other Past Academic Faculty Trainees**

Jerome T. O'Connell, M.D. Resident 1995-1998
Present Position: Private Group Practice, Pathology, Washington D.C.

Martin Hur, Ph.D. Post-doc 1989-1991
Present Position: Department of Biology, University of Manila, Phillipines (Assistant Professor)

Lester Thompson, M.D. Resident 1990 – 1994
Present Position: Chief, Head & Neck Pathology, AFIP, Washington, DC 2000 -2004

Lie Min Hu, Ph.D. Post-doc 1991-1994
Present Position: Department of Pediatrics, University of Arkansas

Kassim Khalil, M.D. Post-doc 1991-1993
Present Position: Department of Obstetrics/Gynecology, University of Jerusalem, Israel (Assistant Professor)

Carol Mirell, Ph.D. Post-doc 1992-1994
Present Position: Department of Medicine, Wadsworth VA Medical Center, UCLA, CA. (Staff Research Associate)

Juan Abraham, M.D. Post-doc 1992-1997
Present Position: Department of Pathology, University of Peru, Argentina (Assistant Professor)

| | | |
|---|---|---|
| G.K. Shanmugasundaram, Ph.D. | Post-doc | 2000-2004 |
| Gang Wang, Ph.D. | Post-doc | 2000-2004 |
| Zhiqiang Liu, Ph.D. | Post-doc | 2000-2003 |
| Barden Chan, Ph.D. | Post-doc | 1999-2001 |
| Weiye Wang, M.D., Ph.D | Post-doc | 1999-2001 |
| Maggie C. Lee, M.D. | Resident | 1996-2001 |
| Maria Deato | Undergraduate | 1998-2001 |
| Lena B. Dishakjian | Undergraduate | 1998-2001 |
| Sina Kasraeian | Premed | 1999-2001 |

**Faculty Mentorship of Junior Faculty:**

Mai Nguyen, M.D. — Assistant Professor of Surgery 1996-2000
NIH Clinical Investigator Award

Shikha Bose, M.D. — Assistant Professor of Pathology 1998-2000
Jonsson Comprehensive Cancer Center
California Breast Cancer Program, First Award

**Faculty Participation on Ph.D. Candidates Thesis Committees:**

| Role | Candidate | Time Period |
|---|---|---|
| Chair | James S. Tomlinson | 1998-2002 |
| Chair | Mark Sternlicht | 1994-1996 |
| Chair | Suzi Safarians | 1994-1996 |
| Member | Melina Pervin | 2000-2003 |
| Member | Mai Tan | 1992-1994 |
| Member | Joyce Brunell | 1990-1992 |
| Member | Helene Dill | 1987-1989 |

| | | |
|---|---|---|
| Member | Chen Park | 1986-1988 |
| Member | Marilyn Lampe | 1985-1987 |
| Member | Wei Gong | 1984-1986 |

**Present Trainees**

| | | |
|---|---|---|
| Joseph D. Tellez, Ph.D. | Post-doc | 2009-Present |
| Nick Tschernia | MD, PhD student | 2010-Present |
| Meagan Belcher | Undergraduate | 2009-Present |
| Shainy Hegde, M.D. | Resident | 2010-Present |
| Yin Ye, Ph.D. | Research Scientist | 2005-Present |
| Yi Xiao, Ph.D. | Post-doc | 2005 – 2009 |
| Kurtis Yearsley, Ph.D. | Post-doc | 2006 – 2009 |
| Gary Tozbikian | Post-sophomore fellow | 2006 – 2008 |
| Girish Sharangpani, DCA | Post-doc | 2006 – 2008 |
| Amitabha S. Basu, MSc | Post-doc | 2006 – 2008 |
| Elizabeth Mitchell | Med student (Roessler) | 2008 - 2009 |
| Brandon Shetuni | Med student (Roessler) | 2008 - 2009 |
| Joe Ostler | MD, PhD student | 2008 - 2009 |
| Camille Boussand | MEng | 2008 - 2009 |
| April Sandy | Doctoral student (rotating) | 2007 |
| Sean Little | Doctoral student (rotating) | 2008 |
| Robert Shott, M.D. | Pathology resident | 2008 |
| Sepi Mahooti, M.D. | Pathology resident | 2008 |

**Sponsored Research Programs:**
**Recent and Pending Support**
**Principal Investigator / Co-Principal Investigator**
**Grant No. Agency Title Direct Costs/Year Period**

PI: Sanford H. Barsky, M.D. $250,000 09/01/22 - 08/30/25
California Institute of Regenerative Medicine
"Use of constitutive and inducible oncogene-containing iPSCs as surrogates for transgenic mice to study breast oncogenesis"
Review Pending

PI: Sanford H. Barsky, M.D.
B27IB3912 California Breast Cancer Research Program (CBCRP)
"Regulation of Breast Cancer Oncogenesis by the Cell of Origin's State of Differentiation"
Direct, $150,000 Indirect, $15,000 Total $165,000
Period: 07/01/20 - 06/30/23

PI: Sanford H. Barsky, M.D.
W81XWH-10-1-0046 Department of Defense
"Treatment of Combined Injury Using Induced Pluripotent Stem (iPS) Cell-Based Therapy".
$350,000 Direct, $152,250 Indirect, $502,250
7/01/12 – 06/30/22

PI (local): Sanford H. Barsky, M.D.
KG08128702 Susan Komen Promise Grant / MD Anderson Consortium (29748/98388845); Fredika Robertson, PI
"A Study of the Molecular Biology of Inflammatory Breast Cancer: Novel Targets and Therapeutics for Inflammatory Breast Cancer"
$118,000/year 09/01/10 – 06/30/15

PI: Sanford H. Barsky, M.D.
Strategic Integrative Medicine-Engineering Research Partnership, University of Nevada
"High Throughput Tissue Microarray (TMA) Construction and Interpretation to Facilitate Biomarker Discovery"
$50,000/year 07/01/13 – 06/30/16

PI: Sanford H. Barsky, M.D.
Sponsor: CTR-IN NIH
"Nevadan Newborn Blood Spots to Detect Toxic Genomic Imprints in the Germ Line"
$ 75,000/year 07/01/14 – 06/30/16

PI: Sanford H. Barsky, M.D.
Sponsor: CTR-IN NIH

"Blocking Strategies of Self-Budding Embolic Propagation That May Promote or Inhibit Skin Recurrences in Inflammatory Breast Cancer"
$75,000/year 07/01/14 -06/30/16

PI: Sanford H. Barsky, MD
Sponsor: ACS
129818

"American Cancer Society- Institutional Research Grant"
Good score, not funded, revision pending (critique enclosed)
2016-2019

PI: Sanford H. Barsky, MD
Sponsor: DOD
BC085018

"Altered redistribution /accumulation of E-cadherin as a dominant oncogene in IBC"
Excellent score, not funded, revision pending (critique enclosed)

2018- 2021

PI: Sanford H. Barsky, MD
Sponsor: NSF
1455697

"High throughput tissue microarray (TMA) construction and interpretation to facilitate biomarker discovery"
Meritorious score, not funded, revision pending (critique enclosed)
2016-2019

**PAST GRANT SUPPORT:**

**Principal Investigator**

| Grant No. Agency | Title | Direct Costs/Year | Period |
|---|---|---|---|
| R01 NIH, CA 71195 | | $180,000 | 2004-2009 |

Use of a novel myoepithelial matrix and cell line to support the growth of primary breast and prostate cancer

Strategic Initiative Grant, OSU

Clues to the stem cell origin of human cancers by studying a transplant registry who later developed solid cancers.
Amount: $80,000

Period: March 1, 2006 – February 28, 2009

Joan's Legacy
The bone marrow stem cell origin of lung BAC/PA
Amount: $100,000 over 2 years
Period: March 1, 2007 – February 28, 2009

Department of Defense: BC053405
The bone marrow stem cell origin of human breast cancer using transgenic mouse models
Amount: $150,000
Period: July 1, 2007 – June 30, 2009

Roessler
Recipient: Elizabeth Mitchell
$25,000
Period: June – August, 2008

CTSA, NIH
Director, High throughput tissue processing core
100,000/yr
Period: January 1, 2009 – December 30, 2013

R01 NIH, CA 40225 $150,000 1998-2004

"The desmoplastic response to tumor invasion"

R43 NIH SBIR CA83622 $100,000 2001-2004
Phase I "Intraductal gene therapy"

UC BioStar Biotechnology S98-42 $200,000 1999-2004
"Targeting the epithelial-myoepithelial connection in breast cancer"

BC990959 Department of Defense Breast Cancer Research Program $125,000 2000-2004
"The role of myoepithelial maspin in breast carcinoma progression, diagnosis and screening"

Department of Defense Breast Cancer Research Program 2003-2005
Concept Award $75,000:
"The Origin and Significance of Mammary Intraductal Foam Cells"

Susan G. Komen Breast Cancer Foundation $100,000 2001-2004
Grant #99-003173
"The mechanism of inflammatory breast cancer"

R03, NIH, CA 690046 $ 30,000 1997-2003
"A myoepithelial-based immunocytochemical strategy of increasing the accuracy of breast FNA in older women"

Pro-Duct Health / Cytyc Grant $300,000 2001-2003
"Monoclonal antibodies to DCIS and other precancerous surface determinants"

Pro-Duct Health, Inc. Grant $100,000 1998-2003
"DCIS-myoepithelial cell interactions in ducts and secretions"

Margaret E. Early Trust $75,000 1998-2003
"A study of the retroviral link of human bronchioloalveolar lung carcinoma with its sheep counterpart (jaagsiekte)"

The Nichols Foundation $ 75,000 1998-2003
"JSRV-related sequence and capsid protein in lung BAC/PAC"

UC Tobacco-Related Disease Research Program $75,000 1999-2003
"The retroviral link of human PAC/BAC with sheep jaagsiekte"

The Jenny Jones Foundation $ 30,000 1997-2003
"Monoclonal antibodies to breast myoepithelial cells"

California Breast Cancer Research Program $100,000 1999-2003
Grant CA BCRP 5JB-0104
"A novel model of inflammatory breast cancer"

California Breast Cancer Research Program $75,000 2000-2003
Grant CA BCRP 6JB-0044
"A study of the molecular heterogeneity of LCIS"

Jonsson Comprehensive Cancer Center $32,000 2000-2002
Sponsor: Post-doctoral award to Zhi-Ming Shao, M.D.
"Novel transforming genes in inflammatory breast cancer"

California Breast Cancer Research Program $40,000 2000-2002
Sponsor: Post-doctoral award to Mary L. Alpaugh, Ph.D.
"Anti-E-cadherin apoptosis of inflammatory breast carcinoma"

R01 CA 40225 NCI, NIH Tumor desmoplasia $100,000 1986-1996

K04 CA 01351 NCI, NIH (Research Career Award) Tumor cell-desmoplasia interactions which influence metastasis $60,000 1991-1997

| | | | |
|---|---|---|---|
| CICR/JCCC Basic Grant | Transfer of the metastatic phenotype through gene transfer | $30,000 | 1995-1997 |
| CRCC Basic Seed Grant | Transfer of the metastatic phenotype through somatic cell hybridization | $30,000 | 1995-1997 |
| CA-09056 NCI, NIH | Establishment of a human matrix-secreting cell line & xenograft as a source of basement membranes | $15,000 | 1993-1995 |
| 4IT-0328 Tobacco-Related Disease Research Program | A new approach for studying the mechanism of squamous metaplasia: "IDEA" Grant | $75,000 | 1993-1995 |
| Carolan Foundation Prostate Cancer Grant | Use of a novel myoepithelial matrix to support prostate cancer | $15,000 | 1995-1997 |
| CRCC Small Grant | A novel strategy for the determination of clonality in tumoral disease states | $25,000 | 1991-1992 |
| CICR Small Seed Grant | Clonality determination in experimental models of tumor progression | $30,000 | 1991-1992 |
| AIDS Basic Research | A study of the clonality Kaposi's sarcoma | $20,000 | 1993-1994 |
| R03 DE07288 NIDR, NIH | Establishment of human basement membrane secreting xenografts | $30,000 | 1986-1988 |
| CRCC Small Grant | A study of tumor desmoplasia | $25,000 | 1986-1988 |
| CICR Small Grant | A study of tumor desmoplasia | $30,000 | 1991-1992 |
| UCLA Academic Senate Grant | Tumor desmoplasia | $10,000 | 1986-1988 |
| NIH, NCI Shared Instrument | Tumor desmoplasia | $15,000 | 1986-1988 |

**PAST GRANT SUPPORT:**
**Co-Principal Investigator**

| Grant No. | Agency | Title | Direct Costs/Year | Period |
|---|---|---|---|---|

Co-PI: Sanford H. Barsky, M.D.
PI: Jeff Parvin, PhD
1R01CA141090-01 NIH, PHS
"Informatics Methods for Identifying Breast Cancer Control Genes and Proteins"
$93,000/year 06/01/09 – 05/30/14

R01 DA 03018 Pulmonary effects of habitual use of marijuana $50,000 1993-1997
(Donald Tashkin, P.I.)

R01 DA 03897 Effects of cocaine smoking on lung physiology and host defense $10,000 1993-1997
(Donald Tashkin, P.I.)

DAMD 17-94-J-4281 DOD $75,000 1997-2002
(S. Love, P.I.) "Nipple cannulation as access to the breast ductal system"

NCI, NIH USPHS 1 R21 CA83111 $100,000 1999-2004
(M. Nguyen, P.I.) "A study of an angiogenesis-independent phenotype"

NCI, NIH USPHS 1 R21 CA091988-01 $100,000 2001-2004
(M. Nguyen, P.I.) "Breast cancer diagnosis with bFGF"

NIH/NCI P01 CA5926 $60,000 1999-2002
(J. Economou, P.I.)
Individual project PI: "Use of rAdenovirus (rAd) and rAdeno-associated virus (rAAV) to selectively target breast epithelium and myoepithelium"

Jonsson Comprehensive Cancer Center $30,000 2000-2003
(S. Bose, P.I.) "A study of LCIS by laser capture microdissection"

International Union Against Cancer $34,600 2000-2003
(Z-M Shao, P.I.) "A study of the suppressive actions of genistein"

**Intramural Participation in Intramural Research Symposiums and Retreats**

University of Nevada – Research Day

Keynote speaker, "Pseudomyxoma Peritonei and the Repayment of the Debt", 27th Annual George G. Bierkamper Student Research Convocation University of Nevada, January 19, 2010.

OSU-Industry Day

Invited speaker, "High throughput tissue approaches accelerating drug discovery and personalized medicine", December, 2006

Solid Tumor Symposium

Invited speaker, "Facilitating solid tumor biomarker and drug discovery through high throughput tissue approaches", June, 2007

Breast Cancer Symposium

Invited speaker, " Inflammatory breast cancer as a model of breast cancer metastasis", April, 2007

Lung Cancer Symposium

Invited speaker, "New insights into bronchioloalveolar lung cancer", March, 2007

OSU School of Veterinary Medicine

Invited speaker, "Stem Cells, Metastasis and High Throughput Tissue Profiling", June, 2007

Cancer Center Annual Research Day – 2007

Gentchev L, Jimenez RE, Mahooti S, Ye Y, **Barsky SH**. Breast carcinosarcomas exhibit epithelial-mesenchymal transition with expression neutralizing effects on Her-2/neu gene amplification.

Ye Y, **Barsky SH**. Regulation of snai2 by estrogen receptor-alpha and glycogen synthase kinase-3 beta in human breast cancer.

Mahooti S, Ye Y, Jones S, **Barsky SH**. Breast duct carcinoma in situ (DCIS) can progress directly to lymphovascular invasion by myoepithelial-endothelial metaplasia.

Yi Xiao, Yin Ye, **Barsky SH**. Targeting up-regulated notch signaling in the $CD133^+$ stem cells within the protected niche of the lymphovascular embolus of inflammatory breast cancer.

Tozbikian G, Yearsley K, Ye Y, **Barsky SH**. Clues to the stem cell origin of human cancers by studying a registry of organ transplant recipients who later developed secondary solid cancers.

Cancer Center Annual Research Day – 2008

Ostler J, Gentchev L, Jimenez RE, **Barsky SH** Human breast carcinosarcomas exhibit a biphasic Her-2/neu expression pattern due to alterations in receptor heterodimerization and downstream signaling.

Shott R, Mahooti S, Jones S, Ostler J, Ye Y, **Barsky SH**. The metastatic dichotomy between sarcomas and carcinomas is partially explained by their relative levels of vasculogenesis and lymphangiogenesis but not by their VEGF expression profile.

Little S, Sandy A, Ye Y, Xiao Y, **Barsky SH**. Identification of human tumor stem cells by a novel detection strategy based on comparative genomic FISH.

Mahooti S, Shott R, Jones S, **Barsky SH**. In situ carcinomas can exhibit vasculogenic mimicry.

Student Research Day – 2007

Gentchev L, Jimenez RE, Mahooti S, Ye Y, **Barsky SH**. Breast carcinosarcomas exhibit epithelial-mesenchymal transition with expression neutralizing effects on Her-2/neu gene amplification.

Ye Y, **Barsky SH**. Regulation of snai2 by estrogen receptor-alpha and glycogen synthase kinase-3 beta in human breast cancer.

Mahooti S, Ye Y, Jones S, **Barsky SH**. Breast duct carcinoma in situ (DCIS) can progress directly to lymphovascular invasion by myoepithelial-endothelial metaplasia.

Yi Xiao, Yin Ye, **Barsky SH**. Targeting up-regulated notch signaling in the $CD133^+$ stem cells within the protected niche of the lymphovascular embolus of inflammatory breast cancer.

Tozbikian G, Yearsley K, Ye Y, **Barsky SH**. Clues to the stem cell origin of human cancers by studying a registry of organ transplant recipients who later developed secondary solid cancers.

Student Research Day – 2008

Ostler J, Gentchev L, Jimenez RE, **Barsky SH**. Human breast carcinosarcomas exhibit a biphasic Her-2/neu expression pattern due to alterations in receptor heterodimerization and downstream signaling.

Shott R, Mahooti S, Jones S, Ostler J, Ye Y, **Barsky SH**. The metastatic dichotomy between sarcomas and carcinomas is

partially explained by their relative levels of vasculogenesis and lymphangiogenesis but not by their VEGF expression profile.

Little S, Sandy A, Ye Y, Xiao Y, **Barsky SH**. Identification of human tumor stem cells by a novel detection strategy based on comparative genomic FISH.

Mahooti S, Shott R, Jones S, **Barsky SH**. In situ carcinomas can exhibit vasculogenic mimicry.

Denman Undergraduate Research Forum – 2007

Triolo M, Yi Xiao, Yin Ye, **Barsky SH**. Targeting up-regulated notch signaling in the CD133+ stem cells within the protected niche of the lymphovascular embolus of inflammatory breast cancer.

Denman Undergraduate Research Forum – 2008

Solomon R, Little S, Sandy A, Ye Y, Xiao Y, **Barsky SH**. Identification of human tumor stem cells by a novel detection strategy based on comparative genomic FISH.

Pathology Grand Rounds

Virchow – Meet Hal: Virtual Pathology in the Digital Age, February, 2005

The Mitzvahs of the Myoepithelial Cell
October, 2005

Biomarkers, Personalized Medicine and High Throughput
October, 2006

The Tumor Embolus – Embryonal Blastocyst Connection
October, 2007

**Participation in International and Global Health Initiatives**

Invited Speaker, Second International Symposium on Inflammatory Breast Cancer, Marseille, France 2010

Speaker, International Symposium on Inflammatory Breast Cancer, Rabat, Morocco, 2007

Speaker, OSU's Initiatives on Global Health in India and Latin America, 2007

**Invited Lectureships:**

Invited speaker, Digital Pathology, United States Academy of Pathology, 2010

Invited speaker, Digital Pathology, College of American Pathologists, 2009

Invited speaker, California Society of Pathologists, 2009

Invited speaker, New Concepts Session of AACR: Inflammatory Breast Cancer: A Global Perspective of Translation from the Laboratory to the Clinic, "Expression of a stem cell phenotype and stem cell signaling in inflammatory breast cancer", April 21, 2009.

Invited speaker, Pathology Grand Rounds, MD Anderson Cancer Center, The University of Texas, "Tumor cell-myoepithelial interactions which influence metastasis", February 5, 6, 2009.

Invited speaker, Transplant Center, Ohio State University, "Insights into the stem cell origin of human cancers by studying a registry of bone marrow and other organ transplant recipients who later developed solid cancers", February 18, 2009.

Invited speaker, Workshop on Salivary Gland Tumor Research: Current Status and Future Directions, National Institute of Dental Research, NIH, Bethesda, MD, Fall, 2008.

Invited speaker, Karmanos Cancer Center, Detroit, Michigan "The tumor embolus-blastocyst connection: Is it the rainbow connection?", June, 2008

Invited speaker, Wayne State College of Medicine, Detroit, Michigan "Accelerating biomarker and drug discovery through high throughput tissue approaches", June, 2008

Invited speaker, Genetech Imaging Symposium, "Automation of whole slide and TMA interpretation for drug discovery", October, 2007.

Invited speaker, Drexel University Histopathology Image Analysis Workshop, "Automation of TMA construction and interpretation through a combination of epithelial and specific recognition algorithms", August 14, 2007.

Invited speaker, Cytyc, Inc., Boxboro, MA, "Targeting the ductal-myoepithelial unit of the breast through ductal lavage", July, 2007

Host and Guest Speaker, Update Course in Surgical Pathology, Department of Pathology, The Ohio State University, August, 2006

Host and Guest Speaker, Update Course in Surgical Pathology, Department of Pathology, The Ohio State University, August, 2005

Guest Speaker, 4th Santa Barbara Breast Cancer Symposium, Santa Barbara, CA The bone marrow stem cell origin of mammary foam cells (macrophages), desmoplasia and angiogenesis, March 2005

Visiting Professor, Department of Pathology, Weill Medical College of Cornell University, March 15-17, 2004

Invited Speaker, 8th Annual Perspectives in Thoracic Cancer, "What is new in bronchiololalveolar carcinoma? New York, New York, October 17-18, 2003

Keynote Speaker, 30th Annual Medical Student Research Day, "A patient with pseudomyxoma peritonei and the repayment of the debt", University of South Alabama College of Medicine, August 8, 2003

Santa Barbara Breast Cancer Symposium, Santa Barbara, CA "Of mice, macrophages and mammary glands", March 2003

2002 The XXXth Meeting of the International Society for Oncodevelopmental Biology and Medicine, "Tumor vasculogenesis", September 8-12, 2002, Boston, MA

2002 Cytyc Corporation Retreat, "The intraductal approach to the breast", July 28-30, 2002, Boxborough, MA

NIH Consensus Conference on inflammatory breast cancer, National Cancer Institute, National Institutes of Health, Bethesda, Maryland, 2001

Symposium on myoepithelial cells. Breast Cancer Task Force, University of California at San Francisco, 2001

Santa Barbara Breast Cancer Symposium, Santa Barbara, CA, "The myoepithelial defense", 2001

6th Annual Multidisciplinary Symposium on Breast Disease, "The natural biology of DCIS", Amelia Island, Florida, February, 2001.
5th Annual Perspectives in Thoracic Cancer, "Bronchioloalveolar lung

cancer - a different type of lung cancer", Charleston, SC, October 20-21, 2000.

Susan Komen Symposium on Breast Cancer, "Inflammatory breast cancer", September, 2000

International Congress for Cell and Tissue Culture, San Diego, CA, "In vitro models of cell-cell interaction to study cancer", June 10-15, 2000

8th International Conference on Gene Therapy of Cancer, San Diego, CA, " Targeting the myoepithelial-epithelial connection in human breast cancer", 1999

Dana Farber Cancer Center and Harvard Medical School, Boston, MA, "A metastasis caught in the act", 1999

NCI, NIH, Bethesda, MD, "The mechanism of lymphovascular invasion and the inflammatory breast carcinoma phenotype", 1999

California Breast Cancer Research Program, Los Angeles, CA, "The mechanism of inflammatory breast cancer", 1999

Tobacco Related Disease Research Program, San Francisco, CA, "A retroviral link to human tobacco-related lung cancer", 1999

The Lustgarten Foundation for Pancreatic Cancer Research, New York, New York, "Novel approaches to the therapy of pancreatic cancer", 1999

University of Iowa, "Targeting the myoepithelial-epithelial connection in breast and other cancers", 1999

University of Southern California, "The mechanism of inflammatory breast cancer and the intravasation step of metastasis", 1999

University of Florida, "The myoepithelial defense in human breast cancer", 1998

University of South Carolina, Charleston, SC, "A study of the retroviral link of human bronchiolalveolar lung carcinoma with its sheep counterpart (jaagsiekte)", 1998

Tulane University, "Evidence of a dominant transcriptional pathway which regulates an undifferentiated and complete metastatic phenotype", 1998

Albert Einstein College of Medicine, Bronx, New York, "Host bystander paracrine effects on human breast cancer progression", 1997

University of Texas at San Antonio, "The tumor suppressive properties of the human breast myoepithelial cell", 1997

Harvard University, "The human myoepithelial cell is a natural inhibitor of angiogenesis", 1997

Amgen Corporation, "High thru-put screen of myoepithelial cell secreted cDNAs holds promise of identifying novel proteinase and angiogenic inhibitors", 1997

Chemicon Corporation, "*Humatrix*, a novel myoepithelial matrical gel with unique biochemical and biological properties", 1997

Cedars-Sinai Hospital, Grand Rounds, "Epigenetic regulation of the metastatic process", 1997

Los Angeles Society of Pathologists, "Use of breast ductoscopy to study precancerous breast disease", 1997

Los Angeles Breast Cancer Inter-Institutional Task Force, "DCIS progression to invasive breast cancer is epigenetically regulated", 1997

UCLA Medical Grand Rounds, "Myoepithelial-derived maspin is an inhibitor of breast carcinoma invasion", 1996

UCLA Surgical Grand Rounds, "Myoepithelial cells constitutively secrete numerous angiogenic and proteinase inhibitors", 1996

UCLA Urology Grand Rounds, "Prostatic basal cells are the functional eqivalent of breast myoepithelial cells", 1996

UCLA Pathology Grand Rounds, "Upregulation of CD44 and PAI2 in human myoepithelial cells is associated with augmentation of their defensive activity", 1996

SUNY, Brooklyn, "The human myoepithelial cell blocks proliferation and induces apoptosis of breast carcinoma cell lines", 1996

LSU at Shreveport, "Latest advances in tumor invasion and metastasis", 1996

USC Grand Rounds, "Evidence of a dominant transcriptional pathway

which regulates tumor progression and metastasis", 1995
City of Hope Grand Rounds, "Dominance of the spontaneously metastatic phenotype in somatic cell hybridization studies", 1995

University of California, Davis, "Multifocal bronchioloalveolar lung cancer represents a disease of multiclonal origin", 1994

University of Califoria, Irvine, "Rising incidence of bronchioloalveolar lung cancer and its implications", 1994

Mayo Foundation and Clinic, "The importance of the desmoplastic response to tumor invasion", 1993

University of Pittsburgh, "The desmoplastic response to tumor invasion exerts both positive and negative growth and invasion effects on breast carcinoma", 1993

University of Alabama, Birmingham, "Tumor desmoplasia is a reservoir of growth factors and proteinase inhibitors", 1993

Medical College of Wisconsin, "A PCR analysis of clonality in early stages of cancer progressions", 1993

University of W. Virginia, "A strategy of clonality determination", 1992

Vanderbilt University, "Metalloproteinases and their inhibitors in tumor invasion", 1992

National Cancer Institute, "Germ cell tumors of the testis", 1992

**Participation in organized symposiums and forums:**

Invited speaker, the Blood Vessel Club, American Society for Investigative Pathology, Experimental Biology, April 25, 2010, Anaheim, CA

Chairman, Minisymposium on Cancer Biology and Cancer Therapeutics, American Society for Investigative Pathology, Experimental Biology 2009, April 22, 2009, New Orleans, LA

2008 Era of Hope Department of Defense Breast Cancer Research Program Meeting, June 2008, Philadelphia, PA.

Chair, American Society of Investigative Pathology Minisymposium, "Targeting tumor growth", San Diego, CA, 2008

Chair, American Society of Investigative Pathology Minisymposium, "Novel Therapeutic Advances in Cancer: a Peek into the Future", Washington DC, 2007

Speaker, International Symposium on Inflammatory Breast Cancer, Rabat, Morocco, 2007

Host and Guest Speaker, Update Course in Surgical Pathology, Department of Pathology, The Ohio State University, August, 2006

Host and Guest Speaker, Update Course in Surgical Pathology, Department of Pathology, The Ohio State University, August, 2005

Invited speaker, 2005 Era of Hope Department of Defense Breast Cancer Research Program Meeting, Philadelphia, PA.

Chairman, Minisymposium on "Oxidative Stress – Host Cytoprotection", American Society for Investigative Pathology, Experimental Biology 2004, April 18, 2004, Washington, D.C.

Visiting Professor, Department of Pathology, Weill Medical College of Cornell University, "Can academic anatomical pathology be helped by the digital age?" March 15-17, 2004

8th Annual Perspectives in Thoracic Cancer, New York, New York, October 17-18, 2003.

Speaker, California Breast Cancer Research Symposium, From Research to Action, A Decade of Progress, San Diego, CA, September 12-14, 2003.

Chairman, Minisymposium on "Cancer Invasion and Metastasis", American Society for Investigative Pathology, Experimental Biology 2003, April 11-15, San Diego, CA

Santa Barbara Breast Cancer Symposium, Santa Barbara, CA, "Of Mice, Macrophages and Mammary Glands", 2003
2002 Era of Hope DOD Breast Cancer Research Program Meeting, Orlando, Fl, September 25-28, 2002

7th Annual Multidisciplinary Symposium on Breast Disease, The University of Florida, Amelia Island, Florida, February, 2002.

Santa Barbara Breast Cancer Symposium, Santa Barbara, CA, 2001

6th Annual Perspectives in Thoracic Cancer, New York, New York, October 26-27, 2001.

Susan Komen Symposium on Breast Cancer, Washington, D.C., September, 2001

6th Annual Multidisciplinary Symposium on Breast Disease, The University of Florida, Amelia Island, Florida, February, 2001.

5th Annual Perspectives in Thoracic Cancer, Charleston, SC, October 20-21, 2000.

Susan Komen Symposium on Breast Cancer, Washington, D.C., September, 2000

2000 World Congress on In Vitro Biology, San Diego, CA, 2000

The Lustgarten Foundation for Pancreatic Cancer Research, Cold Spring Harbor, Long Island, New York, 2000

International Symposium on DCIS, London, England, 1999

UCLA/Keystone Symposium of Tumor Progression, Colorado, 1998

Lake Arrowhead, CA, ACCESS Retreat, Symposiums, 1998, 1999.

ALCASE (Lung Cancer) Symposium, Boston, MA, 1998

DOD Annual Breast Cancer Symposium, Washington, D.C., 1998

UCLA/Keystone Symposium on Angiogenesis, Colorado, 1997

Gordon Research Conference, New Hampshire, Mechanisms of Metastasis, 1997

Gordon Research Conference, New Hampshire, Mechanisms of Tumor Progression, 1996

Tumor Markers for Prognosis, Snowmass/Aspen, Colorado, 1996

49th Cancer Symposium, The Society of Surgical Oncology (SSO), Atlanta, GA, 1996

New Frontiers in Cancer Research, USC School of Medicine, Los Angeles, CA, 1996
Gordon Research Conference, Epigenetic Regulation of the Metastatic Process, New Hampshire, 1995

International Breast Cancer Study Group, St. Gallen, Switzerland, 1995
International College of Surgeons, Annual Meeting, San Diego, CA, 1995

Radiation Therapy Oncology Group, Philadelphia, PA, 1995

Molecular Biology in Diagnostic and Prognostic Pathology, San Francisco, CA, 1995

University of California/Tobacco Related Disease Research Program, Principal Investigators' Symposium, San Francisco, CA, 1993-1996

Ludwig Institute for Cancer Research, Breast Meeting, New York, NY, 1994

University of Southern California Physicians Forum, Los Angeles, CA, 1993

National Institutes of Health/Recombinant DNA Advisory Committee, Bethesda, MD, 1995

National Institutes of Heath/Annual SPORE Meeting, Bethesda, MD, 1994

Society for Basic Urologic Research, Annual Meeting, Stanford University, Palo Alto, CA, 1994

"Cancer Treatment - Biological Mechanisms, University of Washington and Swedish Hospital, Seattle, WA, 1993

National Institute of Health, Conference on Micrometastasis in Cancer, Bethesda, MD, 1994

"Breast Cancer Management", University of California, Phoenix, AZ, 1993

"Practical Breast Cancer Management",University of Southern California, Los Angeles, CA, 1992

"Diagnostic Cytopathology" sponsored by University of California, Irvine, CA, 1992

## PUBLIC (LAY) MEDIA EXPOSURE OF RESEARCH

2010 – **Barsky SH**: Front Page Lead Story: "Hopes Soar for Research Center" Reno Gazette-Journal, Tuesday, August 17, 2010.

2008 – **Barsky SH**: 1 of 6 abstracts selected out of several thousand by the Department of Defense and the 2008 Era of Hope Breast Cancer Meeting as most highly significant to be featured in a national press release. Work relates to ectopic cancer-initiating and cancer-promoting stem cells in breast cancer and the stem cell signature of inflammatory breast cancer

2008 – **Barsky SH**: Oral platform presentation at the 2008 ASCO Meeting on cancer stem cells arising in organ transplant recipients was featured in a full length story in the *Economist*, June 2008

2006 – **Barsky SH**: Interview with MAMM magazine about inflammatory breast cancer

2006 - **Barsky SH**: Local and national television interview about inflammatory breast cancer

2006 - **Barsky SH**: Local press and television interview on bronchioloalveolar lung cancer and the Joan's legacy foundation

2006 - **Barsky SH**: Research on myoepithelial cells, intraductal gene therapy and inflammatory breast cancer mentioned prominently in Dr. Susan Love's Breast Book, 4th Edition, Addison-Wesley Publishing Co., New York, 2006

2004 – **Barsky SH**: Announcement of Senhauser Endowed Chair and Chairman of Pathology position at Ohio State

2000 - **Barsky SH**: Research on myoepithelial cells, intraductal gene therapy and inflammatory breast cancer mentioned prominently in Dr. Susan Love's Breast Book, 3rd Edition, Addison-Wesley Publishing Co., New York, 2000

1998-**Barsky SH**, Roth MD, Kleerup EC, Simmons M and Tashkin DP. Histopathologic and molecular alterations in bronchial epithelium in habitual smokers of marijuana, cocaine and/or tobacco. *J Natl Cancer Inst*, 90:1198-1205, 1998

August 18-19, 1998

News of our finding appeared in the Wall Street Journal, USA

Today, CNN Headline News, CNN newswire/website, the Howard Stern radio show, CBS network news radio, ABC network news radio, the LA Times, KTTV-TV (Fox), KABC-TV, San Diego Union Tribune, Ventura County Star, KNX-AM, KFWB-AM, KPBS radio in San Diego, Inland Valley Daily Bulletin newspaper, Associated Press print newswire, Associated Press radio news service, Reuters news service, City News Service, various internet services including Yahoo, MS-NBC and CNN, and numerous daily newspapers throughout the U.S. and Canada, the UCLA Daily Bruin and UCLA Medicine

1997-Sternlicht M, Kedeshian P, Shao ZM, Safarians S, **Barsky SH**. The human myoepithelial cell is a natural tumor suppressor. *Clin Cancer Res* 3: 1949-1958, 1997

November 17, 1997
News of our finding appeared in the Outlook, KCAL TV, the Daily Bruin and CNN Headline News.

1996- Love SM and **Barsky SH**. Breast-duct endoscopy to study stages of cancerous breast disease. *Lancet* 348: 997-999, 1996.

October 15, 1996
News of our finding appeared in KCAL TV, KABC TV, KTTV-TV (Fox), KNBC, various wire newservices, the Daily Bruin, the Outlook and the LA Times

# BIBLIOGRAPHY

## Abstracts and Presentations


1. **Barsky SH**. Parathyroid hormone (PTH) receptor in renal cortex. *Texas Reports on Biology and Medicine.* 1974.

2. **Barsky SH**. Aortic infarction following dissecting aortic aneurysm. *Lab Invest,* March 1979.

3. **Barsky SH**, Geer D, Noe J, and Rosen S. The nature and evolution of port wine stains. *Lab Invest,* March 1979.

4. Finley J, **Barsky SH**, Noe J, and Rosen S. The response of port wine stains to argon laser therapy. *Lab Invest***,** March 1981.

5. **Barsky SH**, Linnoila I, Triche T, and Costa J. Hepatocellular carcinoma with carcinoid components. *Lab Invest,* March 1981.

6. **Barsky SH**, Siegal GP, Jannotta F, and Liotta LA. Loss of basement membrane components by invasive tumors but not by their benign counterparts. *Lab Invest*, February 1982.

7. Reichert CM, Claysmith AP, Costa JC, **Barsky SH**, Liotta LA, and Enzinger FM. Pathology of pachydermodactyly: A variant of knuckle pad disease. *Lab Invest,* 46: 68A, 1982.

8. **Barsky SH**, and Liotta LA. Degradation of basement membranes by invasive breast tumors. *Gordon Research Conference on Molecular Pathology*, Plymouth, New Hampshire, July 1981.

9. **Barsky SH**, Baker A, Siegal GP, and Liotta LA. Use of anti-basement membrane antibodies to distinguish blood vessel capillaries from lymphatic capillaries. *Lab Invest*, 46: 6A, 1983.

10. Modesti A, **Barsky SH**, Togo S, Liotta LA, and Triche TJ. Ultrastructural and biochemical observations on type V collagen in normal and neoplastic mammary gland. *67th Annual Meeting of the Federation of American Societies for Experimental Biology (FASEB*), Chicago, Illinois, April 10-15, 1983.

**Abstracts and Presentations (cont.)**

11. Rao CN, **Barsky SH**, Terranova VP, and Liotta LA. Role of laminin receptor in tumor metastasis. *67th Annual Meeting of the Federation of American Societies for Experimental Biology (FASEB),* Chicago, Illinois, April 10-15, 1983.

12. Liotta LA, Rao CN, and **Barsky SH**. Laminin receptor: Purification and histologic localization. *American Society for Cell Biology*, San Antonio, Texas, November 19 - December 3, 1983.

13. Triche TJ, Modesti A, **Barsky SH**, and Liotta LA. Ultrastructural and immunocytochemical observations of laminin, type IV and type V collagen in human amnion, normal and neoplastic breast tissue. *American Society for Cell Biology*, San Antonio, Texas, November 19 - December 3, 1983.

14. **Barsky SH**, Rao CN, and Liotta LA. Exposed laminin receptors in invasive breast carcinoma. *6th Annual San Antonio Breast Cancer Symposium*, San Antonio, Texas, November 4-5, 1983.

15. **Barsky SH**, Rao CN, and Liotta LA. Loss of basement membrane components with exposure of laminin receptors in invasive breast carcinoma. *Lab Invest* 50: 6A, 1984.

16. Hannah J, and **Barsky SH**. Extracellular hyaline bodies are basement membrane accumulations. *Lab Invest* 52: 8A, 1986.

17. Huang SJ, Bhuta S, and **Barsky SH**. Peripheral lung carcinomas are desmoplastic carcinomas and not scar tumors. *Lab Invest* 52: 11A, 1986.

18. **Barsky SH**, and Gopalakrishna R. Inhibiting the desmoplastic response in C57 BL/6 mice enhances tumor invasion and spontaneous metastasis of BL6 melanoma. *Proceedings of AACR* 27: 67, 1986.

19. **Barsky SH**, and Gopalakrishna R. The desmoplastic response in human (scirrhous) breast carcinoma is rich in inhibitors directed against carcinoma-derived metalloproteinases. *Federation Proceedings* 45: 945, 1986.

**Abstracts and Presentations (cont.)**

20. Gopalakrishna R, and **Barsky SH**. $Ca^{2+}$-dependent autoproteolysis converts calpain II to a more hydrophobic calpain I-like form. *Federation Proceedings* 45: 949, 1986.

21. Gopalakrishna R, **Barsky SH**, and Anderson W. Factors influencing chelator-stable, detergent-extractable tumor-promoter-induced membrane association of C-kinase. *Federation Proceedings* 45, Supplement 1986.

22. Migliozzi, JA, Grossman, DA, Bhuta S, and **Barsky SH**. Desmoplastic basal cell carcinomas posses unique basement membrane-degrading properties. *Lab Invest* 53; 7A, 1987.

23. Gopalakrishna R, and **Barsky SH**. High $CA^{2+}$-dependently nuclear associated calpain activity in MCF-7 breast carcinoma cells. *Federation Proceedings* 46, 1987.

24. Gopalakrishna R, and **Barsky SH**. Tumor promoter induced membrane-bound protein kinase C - its influence on hematogenous metastasis. *Federation Proceedings* 46, 1987.

25. **Barsky SH**, and Gopalakrishna R. High content of metalloproteinase inhibitors in human cirrhotic liver may explain resistance of that site to metastasis. *Proceedings of AACR* 28, 1987.

26. Nelson L, Levy V, **Barsky SH**. Anti-angiogenesis activity of the desmoplastic response to tumor invasion. *Lab Invest* 54: 7A, 1988.

27. Nelson L, and **Barsky SH**. Tumor desmoplasia inhibits angiogenesis. *Proceedings of National Medical Fellowship Symposium*, 1988.

28. **Barsky SH** and Gopalakrishna R. Characterization of a myofibroblast growth factor from human breast carcinoma cell lines. *Federation Proceedings* 47, 1988.

**Abstracts and Presentations (cont.)**

29. **Barsky SH** and Gopalakrishna R. Isolation of a myofibroblast growth factor from human breast carcinoma lines: Role in the pathogenesis of the desmoplastic response to tumor invasion. *Proceedings of AACR* 29, 1988.

30. **Barsky SH**, and Gopalakrishna R. An experimental model of human tumor desmoplasia utilizing *c-Ha-ras* transfected MCF-7 cell lines. Evidence for a paracrine growth factor mechanism. *Lab Invest*, 1989.

31. Ross DA, Huaman JA, and **Barsky SH**. A study of the heterogeneity of the mucoepidermoid tumor and the implication for future therapies. *American Society for Head and Neck Surgery*, 1991.

32. Mirell C, Hu L, Sternlicht M, and **Barsky SH**. A novel strategy for the investigation of clonality in pre-tumoral disease states and early stages of tumor progression. *Lab Invest*, 1992.

33. Remotti H, Watson L, and **Barsky SH**. Mammary Paget's disease: Evidence for a multicentric polyclonal epithelial "field" neoplasm lacking true epithelial invasion. *Lab Invest*, 1992.

34. **Barsky SH**, Grossman D, Ho J, and Holmes EC. The multifocality of bronchioloalveolar lung carcinoma (BAC): Evidence and implications of a multiclonal origin. *Lab Invest*, 1992.

35. Hu L, Cheng L, and **Barsky SH**. Increased TIMP-1 activity, protein, and gene expression in human breast carcinoma desmoplasia. *FASEB Proceedings*, 1992.

36. **Barsky SH**, and Hu L. A recombinant MCF-7 xenograft paracrine model of breast carcinoma desmoplasia. *FASEB Proceedings*, 1992.

37. **Barsky SH**, Mirell C, Hu L, and Sternlicht, M. A heterogeneity-independent stategy for the investigation of clonal evolution in human tumoral disease states and experimental models of tumor progression. *Proceedings AACR*, 1992.

**Abstracts and Presentations (cont.)**

38. Belldegrun A, Tso CL, Sakata T, Duckett T, Brunda M, **Barsky SH** et al. In-vitro and in-vivo characterization of a human renal cell carcinoma line gentically engineered to secrete interleukin-2 or/and interferon-alpha: A novel strategy for the development of live cancer vaccines. *Proccedings AACR*, 1992.

39. Thompson L, Thompson P, Grossman D, and **Barsky SH**. Monoclonal origins of malignant mixed tumors (carcinosarcomas) and collision tumors: Evidence for a common histogenesis. *CAP Abstracts*, 1993.

40. **Barsky SH**, and Sassoon A. Sclerosing adenosis of the prostate as a cause of persistently elevated PSA levels. *Lab Invest*, 1993.

41. **Barsky SH** and Sternlicht M. Establishment of a human matrix-secreting cell line and xenograft as a source of native human basement membrane components. *Lab Invest*, 1993.

42. Hu L, Safarians S, and **Barsky SH**. Increased membrane-association of 72 kd and 92 kd collagenase with successful invasion of human melanoma lines through a recombinant TIMP-1 CHO monolayer. *Exper Biol*, 1993.

43. **Barsky SH**, Sternlicht M, and Safarians S. Cloning of an immortalized human myoepithelial cell line which secretes an abundant extracellular matrix. *Exper Biol*, 1993.

44. **Barsky SH**, Cameron R, Osann K, and Holmes EC. Rising incidence of bronchioloalveolar lung carcinoma and its unique clinicopathological features. *Proceedings AACR*, 1993.

45. **Barsky SH,** Safarians S, Sternlicht M, Brooks J, Pace K, and Grossman D. Evidence of dominant-acting pleiotropic genes which regulate a dedifferentiated and metastatic phenotype. *Proceedings of AACR* 35: 51, 1994.

**Abstracts and Presentations (cont.)**

46. Safarians S, Sternlicht M, and **Barsky SH.** Ectopic G-CSF production in a human melanoma line is enhanced in somatic cell hybrids: Evidence of a dominant trans regulatory mechanism. *Experimental Biology* A1021: 5911, 1994.

47. **Barsky SH**, Safarians S, Sternlicht M, Remotti H, and Pace K. Evidence of a primary epigenetic regulation of the metastatic process in a human melanoma/Scid model. *Experimental Biology* A672, 3896, 1994.

48. **Barsky SH**, Remotti H, Yamanishi D, and Love SM. Relationship of apomucin gene expression to tumorigenesis and the invasive phenotype of colloid breast carcinomas. *Lab Invest* 13A: 53, 1994.

49. Safarians S, Sternlicht M, Brooks J, and **Barsky SH**. Dominance of the human metastatic phenotype by somatic cell hybridization studies. *Lab Invest* 144A: 841, 1994.

50. **Barsky SH**, Safarians S, Sternlicht M. and Love SM. A model for isolating dominant-acting genes which induce estrogen independent growth, tumorigenicity, spontaneous metastasis and suppression of ER expression in human breast cancer. *Breast Can Res Treat,* 1994.

51. **Barsky SH**, Doberneck SA, Grossman DA, and Love SM. Recapitulation of carcinoma - in situ in axillary nodal breast carcinoma metastasis: Clinical and biological implications. *Breast Cancer Res Treat,* 1994.

52. Safarians S, Sternlicht M, Freiman CJ, and **Barsky SH**. Dominance of the metastatic phenotype through somatic cell hybridization studies. *Proceedings of* AACR, 1995.

53. Sternlicht M, Safarians S, and **Barsky SH.** Characterization of two human matrix-producing tumors of myoepithelial origin as insight into in vivo myoepithelial-epithelial interactions. *Experimental Biology,* 1995.

**Abstracts and Presentations (cont.)**

54. **Barsky SH,** Sternlicht M, and Safarians S. Use of beta-tubulin to support the myoepithelial origin of certain human salivary gland tumors: A new use for a housekeeping gene. *Experimental Biology,* 1995.

55. Sternlicht MD, Safarians S, and **Barsky SH**. The human myoepithelial cell exhibits an anti-invasive phenotype. *Proceedings of AACR,* 1996.

56. **Barsky SH**, Sternlicht MD, Safarians S, and Yamanishi DT. Myoepithelial cells exert growth-promoting but invasion-inhibiting effects on DCIS and primary breast cancer. *Lab Invest,* 1996.

57. **Barsky SH**, Ko J, Freiman CJ, and Love SM. Pathologic analysis of breast duct endoscoped mastectomies. *Modern Path,* 1996.

58. Sternlicht M, Safarians S, Rivera SP, **Barsky SH**. Characterizations of the extracellular matrix and proteinase inhibitor content of human myoepithelial tumors. *Experimental Biology,* 1996.

59. Sternlicht M, Safarians S, Oppenheimer M, Kedeshian PA, and **Barsky SH**. Myoepithelial cells inhibit breast carcinoma invasion: a natural suppression of DCIS progression. *Breast Can Res Treat,* 1996.

60. **Barsky SH**, Nguyen M, Grossman DA, and Huaman JA. Myoepithelial cells limit DCIS metastasis by blocking invasion and angiogenesis. *Lab Invest*, 1997.

61. **Barsky SH**, Grossman DA, and Huaman JA. Basal cells inhibit prostatic carcinoma invasion: a natural defense against prostatic carcinoma. *Lab Invest*, 1997.

62. **Barsky SH** and Nguyen M. The human myoepithelial cell is a natural tumor suppressor. *Proceedings of AACR,* 1997.

63. O'Connell JT**,** Basbaum CB and **Barsky SH.** Altered mucin expression is a field defect that directs colloid breast carcinoma histogenesis. *Lab Invest*, 1998.

**Abstracts and Presentations (cont.)**

64. O'Connell JT, Heras M, Palmarini M, Sharp J and **Barsky SH**. JSRV-related sequence and capsid protein in human lung BAC/PAC suggests a retroviral connection. *Lab Invest*, 1998.

65. Shao ZM, Alpaugh M and **Barsky SH**. Myoepithelial pathways of proliferation and invasion suppression are separate and distinct. *Proceedings of AACR*, 1998.

66. Love SM, **Barsky SH**, Chou J, Offodile R, Rao JY, Hirschowitz S, Schmit P and Grosser S. Demonstration of ductal anatomy and the feasibility of an intraductal approach to the breast. *Department of Defense, U.S. Army Medical Research and Materiel Command Annual Symposium*, 1997.

67. Shao ZM and **Barsky SH**. The anti-invasive phenotype of breast myoepithelial cells is hormonally regulated. *3rd Annual Multidisciplinary Symposium on Breast Disease, The American Society of Breast Disease, The Breast Journal,* 1998.

68. **Barsky SH**. Prostatic basal cells are natural suppressors of human prostatic carcinoma. *Symposium on International Biology of Prostate Growth*, 1998.

69. Shao M, Wu J, Shen ZZ, **Barsky SH.** Genistein exerts multiple suppressive effects on human breast carcinoma cells. *Breast Can Res Treat*, 1998.

70. Shao ZM, Grossman DA, **Barsky SH**. Human breast carcinoma desmoplasia is PDGF initiated. *Breast Can Res Treat*, 1998.

71. Nguyen M, Sternlicht M, Offodile R, Walton T, **Barsky SH**. Myoepithelial cells inhibit angiogenesis. *Surg Oncol Immun*, 1998.

72. Tomlinson J, **Barsky SH**, Singer S, Lee M, Eilber F, Nguyen M. Different patterns of angiogenesis in sarcomas and breast carcinomas. *Surg Forum*, 1999.

73. Lee MC, Wang JL, Tomlinson J, **Barsky SH**, Nguyen M. Suppression subtractive hybridization detects genes differentially expressed by myoepithelial cells pretreated with phorbol acetate. *Surg Oncol Immun*, 1998.

**Abstracts and Presentations (cont.)**

74. Shao ZM, Alpaugh M, Tomlinson J and **Barsky SH**. A human inflammatory breast carcinoma xenograft model of the intravasation step of metastasis. *Experimental Biology*, 1999.

75. Grossman D, Hiti A, McNiel F, O'Connell J, Shao Z, **Barsky SH**. Feline bronchioloalveolar lung carcinoma (BAC) shares common properties with sheep and human BAC. *Experimental Biology*, 1999.

76. Alpaugh ML, Love SM, **Barsky SH**. A nipple ductal orifice approach to adenoviral gene therapy and prophylaxis. *Modern Path*, 1999.

77. Grossman D, Shao Z, **Barsky SH**. Myoepithelial cells inhibit DCIS progression through ER-β mediated maspin and nitric oxide secretion. *Modern Path*, 1999.

78. Shao ZM, Alpaugh ML, Tomlinson J and **Barsky SH**. A human xenograft model of inflammatory carcinoma suggests that novel genes mediate its phenotype. *4th Annual Multidisciplinary Symposium on Breast Disease, The American Society of Breast Disease, The Breast Journal*, 1999.

79. Alpaugh ML, Love SM, Hauswirth WW and **Barsky SH**. Use of rAd and rAAV to selectively target breast epithelium and myoepithelium for breast cancer prophylaxis. *Proceedings of AACR*, 1999.

80. Lee MC, Nguyen M, Carpenito C, Chiu RK, Doughtery G and **Barsky SH**. Myoepithelial cell CD44 shedding, a phenomenon with anti-invasive and anti-angiogenesis implications, is mediated by a membrane bound plasminogen-independent protease. *Surgical Oncology and Associated Immunology Forum*, 1999.

81. Love SM, **Barsky SH**, Alpaugh ML, Offadile R, Dwanda L. Implications and insights of the ductal anatomy of the nipple. *San Antonio Breast Cancer Symposium*, 1999.

82. Tomlinson J, Alpaugh ML, Grossman DA and **Barsky SH**. An amplified E-cadherin/α,β-catenein axis mediates lymphovascular invasion and the inflammatory breast carcinoma phenotype. *San Antonio Breast Cancer Symposium*, 1999.

**Abstracts and Presentations (cont.)**

83. Shao ZM and **Barsky SH**. Genistein's suppressive actions on human breast carcinoma differ in ER-positive and ER-negative lines. *San Antonio Breast Cancer Symposium*, 1999.

84. **Barsky SH**. A retroviral link to human tobacco-related lung cancer? *AIM99: Tobacco Research in Action Symposium*, 1999.

85. **Barsky SH**, Grossman DA and Alpaugh ML. Targeting the myoepithelial-epithelial connection in human breast cancer. *Proceedings of 8th International Conference on Gene Therapy of Cancer*, San Diego, CA, 1999.

86. **Barsky SH**, Tomlinson JS, Kasraeian S and Grossman DA. Inflammatory breast cancer is mediated by an amplified E-cadherin/α,β- catenin axis. *Modern Path*, 2000.

87. O'Connell JT, **Barsky SH**, Oliva E, Drori E, Glyptis T, Young RH. Muc-2 distinguishes intestinal from ovarian origin in pseudomyxoma peritonei. *Modern Path*, 2000.

88. **Barsky SH**, Lee MC and Alpaugh M. Myoepithelial CD44 shedding, an anti-invasive, anti-angiogenic phenomenon, is mediated by a membrane-associated chymotrypsin. *Proccedings of AACR*, 2000.

89. **Barsky SH** and Nguyen M. The human myoepithelial cell expresses a multifaceted anti-angiogenic phenotype. *Experimental Biology*, 2000.

90. Tomlinson JS, Kasraeian S, Shao ZM and **Barsky SH**. E-cadherin homotypic but not E-selectin-sialyl Lewis X/A heterotypic interactions mediate the inflammatory breast cancer phenotype. *5th Annual Multidisciplinary Symposium on Breast Disease*, Rome, Italy, 2000.

91. Tomlinson JS, Nguyen M, Eilber F, and **Barsky SH**. Anti-E-cadherin antibody dissolves metastatic lymphovascular emboli in an inflammatory breast cancer xenograft model. *Surgical Oncology and Associated Immunology Forum*, 2000.

**Abstracts and Presentations (cont.)**

92. Love SM, Chou J, Offodile R, Alpaugh M, Traipe E, Grosser S, Hirschowitz S and **Barsky SH**. Development of intraductal techniques for breast cancer prevention, diagnosis and treatment. *Department of Defense, U.S. Army Medical Research and Materiel Command Annual Symposium*, 2000.

93. **Barsky SH**. The suppressive effects of myoepithelial cells on carcinoma cells include effects of anti-proliferation, anti-invasion and anti-angiogenesis. *2000 World Congress on In Vitro Biology, Society for In Vitro Biology,* San Diego, CA, 2000.

94. **Barsky SH**. Human myoepithelial cells exert multiple suppressive effects on breast carcinoma proliferation, invasion and angiogenesis. *In Vitro Cellular and Developmental Biology,* 36:26-A, 2000.

95. Tomlinson JS, Kasraeian S, and **Barsky SH**. Palpation abets breast carcinoma dissemination in the setting of lymphovascular invasion. *San Antonio Breast Cancer Symposium*, 2000.

96. Shen K-W, Shen Z-Z, Nguyen M, **Barsky SH**, and Shao Z-M. Fiberoptic ductoscopy for patients with nipple discharge. *San Antonio Breast Cancer Symposium*, 2000.

97. **Barsky SH**. A molecular basis of inflammatory breast cancer. *The Susan G. Komen Breast Cancer Foundation, 4 th Annual Mission Conference*, 2000.

98. **Barsky SH**. The natural biology of DCIS. *6th Annual Multidisciplinary Symposium on Breast Disease,* Amelia Island, Florida, 2001.

99. **Barsky SH**. The mechanism of inflammatory breast carcinoma. *6th Annual Multidisciplinary Symposium on Breast Disease,* Amelia Island, Florida, 2001.

100. **Barsky SH**, Tomlinson JS, Pervan M, Alpaugh ML and Kasraeian S. Palpation in the setting of lymphovascular invasion may abet breast carcinoma dissemination. *Modern Path,* 2001.

**Abstracts and Presentations (cont.)**

101. **Barsky SH** and O'Connell JT. Pseudomyxoma peritonei is a disease of Muc-2 overexpression. *Experimental Biology*, 2001.

102. **Barsky SH** and Tomlinson JS. An intact overexpressed E-cadherin/$\alpha$,$\beta$-catenin axis characterizes the lymphovascular emboli of inflammatory breast carcinoma. *Proccedings of AACR*, 2001.

103. **Barsky SH** and Alpaugh ML. The molecular basis of inflammatory breast cancer. 24th Annual San Antonio Breast Cancer Symposium, 2001.

104. Tomlinson JS, Kasraeian S, Grossman DA and **Barsky SH**. Palpation promotes metastatic dissemination of intravascular tumor emboli in a human xenograft model of inflammatory breast cancer. *6th Annual Multidisciplinary Symposium on Breast Disease*, Amelia Island, Florida, 2001.

105. Alpaugh ML, Yin Ye, Tomlinson JS and **Barsky SH**. A reversible model of spheroid formation allows for high efficiency of gene delivery *ex vivo* and accurate gene assessment *in vivo*. *Gene Therapy of Cancer Meetings*, December 13-15, 2001.

106. **Barsky SH** and Alpaugh ML. The molecular basis of inflammatory breast carcinoma. *Proceedings of AACR*, 2002.

107. **Barsky SH** and O'Connell JT. Pseudomyxoma peritonei is a clonal disease of Muc-2 overexpressing goblet cells. *ASCO Meetings*, 2002.

108. **Barsky SH** and Alpaugh ML. The molecular biology of inflammatory breast cancer. *7th Annual Multidisciplinary Symposium on Breast Disease*, Amelia Island, Florida, 2002.

109. Tomlinson JS, Kasraeian S, Alpaugh ML and **Barsky SH**. Cooperative role of E-cadherin and sialyl-Lewis X/A-deficient MUC1 in the passive dissemination of tumor emboli in inflammatory breast cancer. *Experimental Biology*, 2002.

**Abstracts and Presentations (cont.)**

110. **Barsky SH**. A study of the molecular and biological heterogeneity of LCIS. California Breast Cancer Research Symposium, 2002.

111. **Barsky SH** and Alpaugh ML. The molecular basis of the lymphovascular embolus of inflammatory breast cancer. California Breast Cancer Research Symposium, 2002.

112. Takahama M, **Barsky SH** and Thorgeirsson UP. Vascular endothelial growth factor-D stimulates proliferation of vascular and bronchial smooth muscle cells in vitro. *Proceedings of AACR*, 2002.

113. Jahed NC, Veneroso CC, Da Roza R, **Barsky SH** and Levine PH. A preliminary study of a cluster of inflammatory breast cancer in an office setting. *American College of Epidemiology*, 2002.

114. **Barsky SH** and Alpaugh ML. Maspin and myoepithelial cells in breast cancer progression. Era of Hope 2002 Department of Defense Breast Cancer Research Program Meeting, 2002.

115. Alpaugh ML and **Barsky SH**. Mechanisms of formation and therapeutic resistance of breast carcinoma lymphovascular emboli. 25th Annual San Antonio Breast Cancer Symposium, December, 2002.

116. **Barsky SH**. Tumor intravasation is vasculogenesis turned inside out. The XXXth Meeting of the International Society for Oncodevelopmental Biology and Medicine, Boston, MA, September 8-12, 2002.

117. **Barsky SH**, Shanmugasundaram G and Wu D. Metaplastic carcinomas, matrix-producing type (Matrix-producing carcinomas) of the breast exhibit a myoepithelial histogenesis. United States and Canadian Academy of Pathology Annual Meeting, 2003.

118. **Barsky SH.** Myoepithelial mRNA expression profiling reveals a common tumor suppressor phenotype. *Proceedings of AACR*, 2003.

119. **Barsky SH.** Tumor-induced inverted vasculogenesis from mesenchymal stem cells is the origin of tumor lymphovascular invasion. *Experimental Biology*, 2003.

**Abstracts and Presentations (cont.)**

120. **Barsky SH.** The molecular and biological heterogeneity of LCIS. *7th Annual Multidisciplinary Symposium on Breast Disease*, Amelia Island, Florida, 2003.

121. **Barsky SH.** The lymphovascular tumor embolus – the story of the ship in the bottle. California Breast Cancer Research Symposium, From Research to Action, A Decade of Progress, San Diego, CA, September 12-14, 2003.

122. **Barsky SH.** The origin of the intraductal foam cell. Susan Love Research Foundation 3rd Symposium, Santa Barbara, CA, 2003.

123. **Barsky SH.** Of mice, macrophages and mammary glands. 26th Annual San Antonio Breast Cancer Symposium, December, 2003.

124. **Barsky SH**. Ship in the bottle is the mechanism of lymphovascular invasion. Advances in Human Breast Cancer Research Preclinical Models. The 24th Congress of the International Association for Breast Cancer Research. Sacramento, CA, November 1-5, 2003

125. **Barsky SH**. "Separation artefact" in breast cancer: An early stage of lymphovascular invasion. *Modern Path*, 2004

126. **Barsky SH** and Alpaugh ML. Apoptosis resistance / susceptibility of intact/disadhered lymphovascular emboli to irradiation is independent of bax/bcl-2. *Experimental Biology*, 2004

127. Alpaugh ML and **Barsky SH**. A specific *in vitro* model of vasculogenesis supports the hypothesis that tumoral emboli stimulate encircling mesenchymal chemotaxis and endothelial differentiation. *Proceedings of AACR*, 2004

128. **Barsky SH** and Gholap AS. Automation of breast cancer tissue microarray interpretation through a combination of epithelial and specific recognition algorithms. 27th Annual San Antonio Breast Cancer Symposium, December, 2004.

129. **Barsky SH**, Karlin NJ, Rugani R and Gholap AS. Automation of tissue microarray interpretation through a combination of epithelial-recognition and specific-recognition algorithms (Oral Presentation). *Experimental Biology*, 2005.

**Abstracts and Presentations (cont.)**

130. **Barsky SH**, Alpaugh ML, Ye Yin, Karlin NJ and Hoffman RM. Lymphovascular invasion in spontaneous metastasis involves encircling stem cell neo-vasculogenesis, adjacent angiogenesis and bridging anastomosis (Oral Presentation). *Proceedings of AACR*, 2005.

131. **Barsky SH** and Karlin NJ. Tumor cell lymphovascular invasion involves dual bone marrow and locally derived primary stem cell vasculogenesis and secondary angiogenic anastomosis (Poster). *Proceedings of 1st Special International Conference on Gene Therapy of Cancer*, San Diego, CA, 2005.

132. **Barsky SH** and Karlin NJ. Tumor cell lymphovascular invasion involves dual bone marrow and locally derived primary stem cell vasculogenesis and secondary angiogenic anastomosis (Oral Presentation). *Proceedings of 1st Special International Conference on Gene Therapy of Cancer*, San Diego, CA, 2005.

133. **Barsky SH.** Intraductal insights into the systemic origin of mammary foam cells, tumor desmoplasia and angiogenesis (Oral Presentation). Susan Love Research Foundation 4th Symposium, Santa Barbara, CA, 2005.

134. Karlin NJ, Alpaugh ML and **Barsky SH**. The mechanism of tumor cell lymphovascular invasion involves encircling stem cell vasculogenesis with anastomosis to surrounding angiogenic vessels. 1st International Symposium on Cancer Metastasis and the Lymphovascular System: Basis for Rational Therapy, San Francisco, CA, 2005.

135. **Barsky SH,** Alpaugh ML, Karlin NJ, Ye Y, Hoffman RM. The origin and significance of mammary intraductal foam cells. Era of Hope 2005 Department of Defense Breast Cancer Research Program Meeting, 2005.

136. **Barsky SH,** Alpaugh ML, Karlin NJ, Ye Y, Love SM. Breast myoepithelial cells are natural autocrine and paracrine suppressors of breast cancer progression (Oral Presentation). Era of Hope 2005 Department of Defense Breast Cancer Research Program Meeting, 2005.

**Abstracts and Presentations (cont.)**

137. **Barsky SH,** Alpaugh ML, Karlin NJ, Ye Y, Love SM. Breast myoepithelial cells are natural autocrine and paracrine suppressors of breast cancer progression (Poster)). Era of Hope 2005 Department of Defense Breast Cancer Research Program Meeting, 2005.

138. Zhao M, Li XM, Yang M, Yie Y, Tan X, Jiang P, Yang Z, **Barsky SH**, Hoffman RM. Targeting of breast cancer with selected amino acid auxotrophic variants of GFP-expressing Salmonella typhimurium. *Proceedings of AACR*, 2005.

139. **Barsky SH**, Karlin NJ, Gholap AS. Automated tumor mitosis interpretation in tissue microarray analysis through a combination of epithelial and specific mitosis recognition algorithms. *Proceedings of AACR*, 2005.

140. **Barsky SH**. The involvement of stem cells, blood vessels and lymphatics in breast cancer metastasis (Oral Presentation). California Breast Cancer Research Symposium, 2005.

141. **Barsky SH**. The involvement of stem cells, blood vessels and lymphatics in breast cancer metastasis (Poster). California Breast Cancer Research Symposium, 2005.

142. **Barsky SH**, Ye Y, Karlin NJ. The molecular heterogeneity of LCIS and its biological / therapeutic correlates (Oral Presentation). 2006 USCAP Meetings. Lab Invest 86: 21A, 2006.

143. **Barsky SH**, Ye Y, Karlin NJ. Separation artifact v lymphovascular invasion. Are mimics only mimics? (Oral Presentation) 2006 USCAP Meetings. Lab Invest 86: 289A, 2006.

144 . **Barsky SH**, Joshi A, Deshpande A, Keyhani-Rofagha S, Karlin NJ, Gholap AS. Virtual mitosis recognition through digital algorithms improves and standardizes mitotic counting in diverse human neoplasms. 2006 USCAP Meetings. Lab Invest 86: 325A, 2006.

145. Yi Xiao and **Barsky SH**. CD133+ stem and/or progenitor-like cells characterize the lymphovascular emboli of inflammatory breast carcinoma (Oral Presentation). *Experimental Biology*, 2006.

**Abstracts and Presentations (cont.)**

146. **Barsky SH**, Ye Yin. Gene expression profiling of disadhered lymphovascular tumor emboli suggests activation of known and novel apoptotic pathways. *Proceedings of AACR*, 2006.

147. **Barsky SH**. Automation of breast cancer tissue microarray interpretation and construction through a combination of epithelial and specific recognition algorithms. (Oral Presentation). *The Tucson Symposium*, 2006.

148. **Barsky SH.** Inflammatory breast cancer is characterized by a large number of CD133$^{+}$ stem cells which occupy a protected niche within the lymphovascular emboli of this disease. (Oral Presentation). 29th Annual San Antonio Breast Cancer Symposium, December, 2006.

149. **Barsky SH**, Tatke LM, Patil SH, Jimenez RE, Mahooti S, Basu AS, Gholap AS. Automation of TMA interpretation through a combination of epithelial-recognition and specific-recognition algorithms. (Oral Presentation). 2007 USCAP Meetings, Abstract #1401.

150. **Barsky SH**, Gentchev L, Basu AS, Jimenez RE, Gholap AS. Use and validation of ERA and FOV algorithms on virtual slides to guide TMA construction. (Oral Presentation). 2007 USCAP Meetings, Abstract #1588.

151. Jimenez RE, Basu AS, Mahooti S, Gholap AS, **Barsky SH**. Measurement of Her-2/neu membrane receptor immunoreactivity by fully automated digital image analysis. 2007 USCAP Meetings, Abstract #147.

152. **Barsky SH**. Targeting stem cells and up-regulated notch signaling in inflammatory breast cancer. (Oral Presentation). ASIP, Experimental Biology, Abstract #49.10, 2007.

153. **Barsky SH**, Mahooti S, Jones S, Ye Y. Progression of in situ breast cancer directly to lymphovascular invasion by stem cell mediated myoepithelial-endothelial metaplasia. ASIP, Experimental Biology, Abstract #554.19, 2007.

**Abstracts and Presentations (cont.)**

154. **Barsky SH**. Targeting up-regulated notch signaling in inflammatory breast cancer. California Breast Cancer Research Symposium, 2007.

155. **Barsky SH**, Yi Xiao, Yin Ye. Targeting up-regulated notch signaling in the $CD133^+$ stem cells within the protected niche of the lymphovascular embolus of inflammatory breast cancer. *Proceedings of AACR*, 2007.

156. Liu JL, Chen L, Ye Y, Ua K, Jarjoura D, Kuramochi-Miyagawa S, Nakano T, Morrison C, **Barsky SH**, Shen RZ, Gao JX. Expression pattern of stem cell protein Piwil2 in human breast cancer. *Proceedings of AACR*, 2007.

157. **Barsky SH**, Shen R, Chen L, Ye Y, Gao JX. Cancer stem cells are also potent progenitors of tumor angiogenesis. *Proceedings of AACR*, 2007.

158. Gentchev L, Jimenez RE, Mahooti S, Ye Y, **Barsky SH**. Breast carcinosarcomas exhibit epithelial-mesenchymal transition with expression neutralizing effects on Her-2/neu gene amplification. *Proceedings of AACR*, 2007.

159. Ye Y, **Barsky SH**. Regulation of snai2 by estrogen receptor-alpha and glycogen synthase kinase-3 beta in human breast cancer. *Proceedings of AACR*, 2007.

160. Mahooti S, Ye Y, Jones S, **Barsky SH**. Breast duct carcinoma in situ (DCIS) can progress directly to lymphovascular invasion by myoepithelial-endothelial metaplasia. (Oral Presentation). *Proceedings of AACR*, 2007.

161. **Barsky SH**, Yi Xiao, Yin Ye. Targeting up-regulated notch signaling in the $CD133^+$ stem cells within the protected niche of the lymphovascular embolus of inflammatory breast cancer. 30th Annual San Antonio Breast Cancer Symposium, December, 2007.

162. **Barsky SH**, Ostler J, Gentchev L, Jimenez RE. Human breast carcinosarcomas exhibit a biphasic Her-2/neu expression pattern due to alterations in receptor heterodimerization and signaling. (Oral Presentation). 2008 USCAP Meetings, Abstract #89.

**Abstracts and Presentations (cont.)**

163. Huang C, Jimenez RE, He G, **Barsky SH**, Wang W. Surgical resection adequacy in 500 robotic radical prostatectomies. (Oral Presentation). 2008 USCAP Meetings, Abstract #736.

164. **Barsky SH**, Xiao Y, Ye Y, Ostler J, Leone G. Carcinosarcomas exhibit EMT – a phenomenon of tumor progression unrelated to metastasis. (Oral Presentation). 2008 USCAP Meetings, Abstract #1485.

165. Shen R, Ye Y, Chen L, **Barsky SH**, Gao J-X. Precancerous stem cells can be progenitors for tumor vasculogenesis. (Oral Presentation). 2008 USCAP Meetings, Abstract #1506.

166. Shott R, Mahooti S, Jones S, Ostler J, Ye Y, **Barsky SH**. The metastatic dichotomy between sarcomas and carcinomas is partially explained by their relative levels of vasculogenesis and lymphangiogenesis but not by their VEGF expression profile. 2008 USCAP Meetings, Abstract #68.

167. Little S, Sandy A, Ye Y, Xiao Y, **Barsky SH**. Identification of human tumor stem cells by a novel detection strategy based on comparative genomic FISH. 2008 USCAP Meetings, Abstract #1497.

168. Mahooti S, Shott R, Jones S, **Barsky SH**. In situ carcinomas can exhibit vasculogenic mimicry. 2008 USCAP Meetings, Abstract #1499.

169. Tozbikian G, Yearsley K, Ye Y, **Barsky SH**. Clues to the stem cell origin of human cancers by studying a registry of organ transplant recipients who later developed secondary solid cancers. 2008 USCAP Meetings, Abstract #208.

170. Gao JX, Chen L, Yan Q, Waldman J, Ye Y, **Barsky SH**, Shen R. Immunoprevention of cancer through targeting of precancerous stem cells. (Oral Presentation). ASIP, Experimental Biology, Abstract #1077.24, 2008.

**Abstracts and Presentations (cont.)**

171. **Barsky SH**, Ye Y, Little S, Sandy A, Xiao Y. Validation of a hierarchical stem cell population in inflammatory breast cancer by comparative genomic analysis. (Oral Presentation). ASIP, Experimental Biology, Abstract #470.5, 2008.

172. **Barsky SH**, Shott R, Jones S, Ostler J, Mahooti S, Ye Y. The metastatic dichotomy between carcinomas and sarcomas is explained by differential lymphovasculogenic mimicry. (Oral Presentation). ASIP, Experimental Biology, Abstract #321.9, 2008.

173. **Barsky SH**, Ye Y, Little S, Sandy A, Yearsley K, Xiao Y. Confirmation of a true stem cell population in inflammatory breast cancer by dual genomic stability and dormancy studies. *Proceedings of AACR*, 2008.

174. Duan W, Gao L, Wu X, Wang L, Hade EM, Gao JX, **Barsky SH**, Otterson GA, Villalona-Calero MA. Mutant p53 collaborating with K-ras gene mutations and p16INKa promoter methylation result in an age-related demographic shift in spontaneous lung tumor formation in transgenic mice. *Proceedings of AACR*, 2008.

175. Shen R, Chen L, Ye Y, Yan Q, Heerema N, Xu Y, **Barsky SH**, Gao JX. Biological demarcation distinguishes precancerous stem cells from cancer stem cells. *Proceedings of AACR*, 2008.

176. Ye Y, Wang W, Gao JX, **Barsky SH**. Targeting the ubiquitously expressed chromatin remodeling gene, SNF2L, selectively leads to growth inhibition, DNA damage and cancer cell death. (AACR AstraZeneca Scholar-in-Training Award-winning Abstract). *Proceedings of AACR*, 2008.

177. Ostler J, Jones S, Zhao W, Yearsley K, Ye Y, **Barsky SH**. Resistance to Her-2/neu targeting in human breast cancer may be mediated by epithelial-mesenchymal transition. *Proceedings of AACR*, 2008.

178. **Barsky SH**, Xiao Y, Jones S, Ye Y. Maintenance of an exaggerated stem cell phenotype in inflammatory breast cancer is mediated by activated Notch but inactivated Wnt and BMP signaling. *Proceedings of AACR*, 2008.

**Abstracts and Presentations (cont.)**

179. **Barsky SH**, Mahooti S, Ye Y, Xiao Y, Jones S, Porter K. Human breast myoepithelial cells can exhibit lymphovasculogenic mimicry. Era of Hope 2008 Department of Defense Breast Cancer Research Program Meeting, 2008.

180. **Barsky SH**, Xiao Y, Ye Y, Yearsley K. Mammary intraductal foam cells are bone marrow derived and are recruited in response to both physiological as well as neoplastic stimuli. Era of Hope 2008 Department of Defense Breast Cancer Research Program Meeting, 2008.

181. **Barsky SH**. Cancer-initiating stem cells that give rise to breast cancer can be both intrinsically as well as ectopically derived and can manifest an exaggerated stem cell phenotype within the lymphovascular embolus of both primary as well as secondary inflammatory breast cancer. Era of Hope 2008 Department of Defense Breast Cancer Research Program Meeting, 2008.

182. **Barsky SH**, Ye Y, Xiao Y, Yearsley K. Insights into the stem cell origin of human cancers by studying a registry of bone marrow and other organ transplant recipients who later developed solid cancers. (Oral Presentation). ASCO, 2008

183. **Barsky SH**, Xiao Y, Ye Y, Yearsley K. Cancer-promoting and initiating stem cells can be derived from ectopic locations in breast cancer. (Oral Presentation). USCAP and *Lab Invest*, 2009.

184. **Barsky SH**, Xiao Y, Ye Y, Yearsley K. Mammary intraductal foam cells are bone marrow derived and are recruited in response to both physiological as well as neoplastic stimuli. USCAP and *Lab Invest*, 2009.

185. Shetuni BB, Simpson S, Yearsley K, Xiao Y, **Barsky SH**. Isolated tumor cells and/or micrometastasis in breast sentinel lymph nodes can be the result of innocuous passive dissemination. USCAP and *Lab Invest*, 2009.

186. He G, Yan QT, Chen L, Ye Y, Shen RL, **Barsky SH**, Lin HF, Gao JX. Germline stem cell protein piwil2-deficiency alters tumor spectrum in p53-deficient mice. USCAP and *Lab Invest*, 2009.

**Abstracts and Presentations (cont.)**

187. Shen R, Yin Y, Yin DT, Yan QT, Chen L, He G, **Barsky SH**, Gao JX. Stem cell protein piwil 2 variant pl2v60 regulates precancerous stem cell proliferation. USCAP and *Lab Invest*, 2009.

188. **Barsky SH**, Xiao Y, Ye Y, Yearsley K. The altered redistribution and accumulation of E-cadherin as a dominant-acting oncogene in inflammatory breast cancer. (Oral Presentation). ASIP and Experimental Biology, 2009.

189. **Barsky SH**, Xiao Y, Ye Y, Yearsley K. CD133, a stem cell surface marker in inflammatory breast cancer, functions in tumor cell survival (Oral Presentation). ASIP and Experimental Biology, 2009.

190. **Barsky SH**. Expression of a stem cell phenotype and stem cell signaling in inflammatory breast cancer (Oral Presentation), *Proceedings of AACR*, 2009.

191. **Barsky SH**, Xiao Y, Ye Y, Yearsley K. Cancer-promoting and initiating stem cells can be derived from ectopic locations in inflammatory and other breast cancers. *Proceedings of AACR*, 2009.

192. Shetuni BB, Ye Y, Yearsley K, Xiao Y, **Barsky SH**. Isolated tumor cells and/or micrometastasis in breast sentinel lymph nodes can be the result of innocuous passive dissemination. *Proceedings of AACR*, 2009.

193. **Barsky SH**, Xiao Y, Ye Y, Yearsley K. The altered redistribution and accumulation of E-cadherin functions as a dominant-acting oncogene in inflammatory breast cancer. *Proceedings of AACR*, 2009.

194. Xiao Y, Ye Y, Yearsley K, **Barsky SH**. CD133, a unique stem cell surface marker in inflammatory breast cancer, functions both autocrinely as well as paracrinely in tumor cell survival. *Proceedings of AACR*, 2009.

**Abstracts and Presentations (cont.)**

195. Phelps MA, Wang D, Aimiuwa JE, Starrett SL, Papp AC, Ghany AA, Hicks WJ, Kosuri KV, Otterson GA, Socinski MA, Stinchcombe TE, Zhao W, Schaaf LJ, **Barsky SH**, Chan KK, Sadee W, Villalona-Calero MA. Erlotinib in African Americans with lung cancer: a prospective, clinical, molecular, pharmacokinetic and pharmacogenetic characterization. *Proceedings of AACR*, 2009.

196. Shen RL, He G, Shapiro C, Li JJ, Chen L, Ye Y, **Barsky SH**, Gao JX. Piwil2-like (PL2L) proteins are a potential biomarker for breast cancer progression. *Modern Pathology*, 2010.

197. Graham-Lamberts CE, Llewellyn AL, Ye Y, Yearsley K, **Barsky SH**. Lymphovascular tumor emboli recapitulate an in vitro mammosphere stem cell phenotype. *Modern Pathology*, 2010.

198. Lamberts RW, Ritzlin RS, Yearsley K, **Barsky SH**. Multiple skin cancers arising in bone marrow transplant recipients can exhibit a donor origin. *Modern Pathology*, 2010.

199. Hemminger J, Hurt J, Stephens J, **Barsky SH**, Yearsley K, Suarez A. Proliferative activity of non-fibriated end fallopian tube epithelium in women with and without high grade serous carcinoma of ovary/peritoneum. *Modern Pathology*, 2010.

200. He G, Shen RL, Zhou Q, Chen L, Ye Y, Shapiro C, **Barsky SH**, Gao JX. Piwil2-like proteins are expressed in precancerous stem cells and various types of cancers and can regulate tumor development. *Modern Pathology*, 2010.

201. Ye Y, Xiao Y, Yearsley K, **Barsky SH**. Reduced levels of both SNF2L and its isoform SNF2LT mediate the absence of a DNA damage response and resulting apoptosis in the quiescent lymphovascular emboli of inflammatory breast cancer. *Proceedings of AACR*, 2010.

202. Ye Y, Xiao Y, Yearsley K, **Barsky SH**. Lymphovascular tumor emboli exhibit a quiescent state refractory to chemotherapy due to the selective proteolytic processing of E-cadherin. *Proceedings of AACR*, 2010.

**Abstracts and Presentations (cont.)**

203. Ye Y, Xiao Y, Yearsley K, **Barsky SH**. The lymphovascular embolus of inflammatory breast cancer exhibits a selective notch3 addiction. *Proceedings of AACR*, 2010.

204. Ye Y, Xiao Y, Yearsley K, **Barsky SH**. Lymphovascular tumor emboli exhibit a quiescent state refractory to chemotherapy and targeted therapies because of endogenously low metabolism. *Proceedings of AACR*, 2010.

205. **Barsky SH**, Xiao Y, Yearsley K, Ye Y. Increased homotypic adhesion and resistance to apoptosis of lymphovascular tumor emboli is due to selective proteolytic processing of E-cadherin rather than its mere overexpression (Oral Presentation). The FASEB J, 2010.

206. **Barsky SH**, Xiao Y, Yearsley K, Ye Y. Single v dual knockdown of the chromatin remodeling ATPase, SNF2L and its isoform, SNF2LT have similar effects on DNA damage but opposite effects on the DNA damage response, cell cycle arrest and apoptosis (Oral Presentation). The FASEB J, 2010.

207. **Barsky SH**. Increased homotypic adhesion and resistance to apoptosis of tumor emboli is due to selective proteolytic processing of E-cadherin rather than its mere overexpression (Invited Oral Presentation), The Blood Vessel Club, American Society of Investigative Pathology, Experimental Biology, 2010.

208. **Barsky SH**, Graham CE, Llewellyn AL, Ye Y, Yearsley K. Human breast cancer lymphovascular tumoral emboli recapitulate an in vitro mammosphere stem cell phenotype. California Breast Cancer Research Symposium, 2010.

209. **Barsky SH**, Graham CE, Llewellyn AL, Ye Y. Human breast cancer lymphovascular tumoral emboli and micrometastasis recapitulate an in vitro mammosphere stem cell phenotype. 33rd Annual San Antonio Breast Cancer Symposium, 2010.

210. **Barsky SH**, Ye Y, Xiao Y, Yearsley K. E-cadherin and its proteolytic fragments trump epithelial-mesenchymal transition and function as dominant oncogenes in inflammatory breast cancer. 33rd Annual San Antonio Breast Cancer Symposium, 2010.

**Abstracts and Presentations (cont.)**

211. Robertson FM, Player AN, Chu K, Pickei R, Ye Z, Krishnamurthy S,Liu C-G, Liu X, Cristofanilli M, **Barsky SH**. Gene and microRNA signatures of the mesenchymal epithelial transition in pre-clinical models of inflammatory breast cancer. 33rd Annual San Antonio Breast Cancer Symposium, 2010.

212. **Barsky SH**, Ye Y, Tellez J, Belcher M, Robertson F. Lymphovascular breast carcinoma tumoral emboli form through stem cell initiated self-budding histogenesis. (Oral Presentation) 100th Meeting United States and Canadian Academy of Pathology 2011.

213. **Barsky SH**, Ye Y, Tellez JD, Durazo M, Belcher M. Lymphovascular tumoral emboli form through budding histogenesis. Experimental Biology, 2011.

214. **Barsky SH**, Ye Y, Tellez JD, Durazo M, Belcher M. Tumor embolic formation involves specific proteolytic processing of E-cadherin regulated by Rab 7. Experimental Biology, 2011 (Oral Presentation).

215. Robertson FM, Spector NL, Cristofanilli M, Krishanmurthy S, Chu K, Circo R, Wulfkuhle J, DeMaria R, Liotta L, Ogasawara MA, Wright MC, Ye Z, **Barsky SH**, Petricoin EF. Dysregulated cellular signaling targets in IBC. *Proceedings of AACR*, 2011.

216. **Barsky SH**, Ye Y, Tellez JD, Belcher M. Lymphovascular breast carcinoma tumoral emboli beget emboli through stem-cell initiated self-budding histogenesis. *Proceedings of AACR*, 2011.

217. Nate N. Waldron, Amy P.N. Skubitz, **Barsky SH**, Jayanth Panyam, Daniel A. Vallera. A CD133 targeted toxin is effective against a primary inflammatory breast carcinoma and in an in vivo ovarian cancer model. *Proceedings of AACR*, 2013.

218. **Barsky SH**. Molecular targets of inflammatory breast cancer. 3rd International Inflammatory Breast Cancer Symposium, Philadelphia, PA, 2013.

219. **Barsky SH.** "A Metastasis Caught in the Act": A Proposed Mechanism for Lymphovascular Invasion of Human Breast Cancer. Roseman Research Symposium, 2016.

**Abstracts and Presentations (cont.)**

220. **Barsky SH**, Aurelio Lorico, Germana Rappa and Nicole Silverberg. "Making cancer history from a knowledge of its history". Health Law Program History of Medicine and Science Conference, UNLV William S. Boyd School of Law on March, 2016

221. **Barsky SH**. "Demystifying Cancer" Neighborhood Health Series sponsored by Roseman University, July, 2016

222. **Barsky SH**, Santos M, Anzanello F, Di Bella MA, Alessandro R, Lorico R, Rappa G. Adenocarcinomas and their derived lymphovascular emboli contain dual compartmental populations of tumor microvesicles which differ in size and possibly content and function. *Keystone Symposium Proceedings*, 2016

223. Christine Nguyen, Ihsann Ahmad, Sarah C. Petrova, Stuart D. Ferrell Jr, Sabrina R. Wilhelm, Yin Ye, **Sanford H. Barsky**, Aging May Regulate Cancer Incidence by Altering the Critical Window of Stem Cell Differentiation that Determines Susceptibility to Transformation. *Inland Empire Stem Cell Consortium Symposium.* October 2020

224. A Peter Eveland EdD, Sabrina R Wilhelm MS, Stephanie Wong BS, **Sanford H Barsky MD**. A Study of the Value of Personality Assessment in the Allopathic Medical School Admission Process. Research Abstract. The AAMC Annual Meeting, 2020

225. A Peter Eveland EdD, Sabrina R Wilhelm MS, Stephanie Wong BS, **Sanford H Barsky MD**. The Virtues of the Virtual Medical School Interview. Innovation abstract. The AAMC Annual Meeting, 2020

226. Arnav P. Modi, Julie P.T. Nguyen, Justin Wang, Jonathan S. Ahn, William A. Libling, Jacob M. Klein, Preeanka Mazumder and **Barsky SH**. Lymphovascular invasion of inflammatory breast cancer is due to geometric embolic budding. Abstract ID: R703, Experimental Biology, 2022

## Publications


1. **Barsky SH,** and Rosen S. Aortic infarction following dissecting aortic aneurysm. *Circulation* 58: 876-881, 1978.

2. **Barsky SH,** Geer DE, Noe JM, and Rosen S. The nature and evolution of port wine stains: A computer assisted study. *J Invest Derm* 74: 154-157, 1980.

3. Noe JM, **Barsky SH,** Geer DE, and Rosen S. Port wine stains and the response to argon laser therapy: Successful treatment and the predictive role of color, age, and biopsy. *Plast Reconstr Surg* 65: 130-136, 1980.

4. Finley JL, **Barsky SH**, Geer DE, and Rosen S. Healing of port wine stains after argon laser therapy. *Arch Dermat* 117: 486, 1981.

5. Cannon GB, **Barsky SH,** Alford TC, et al. Cell-mediated immunity to mouse mammary tumor virus antigens by a pathologically distinct group of benign breast disease patients. *J Natl Cancer Inst* 68: 935-943, 1982.

6. Siegal GP, **Barsky SH,** Terranova VP, and Liotta LA. Stages of neoplastic transformation of human breast tissue as monitored by dissolution of basement membrane components. *Invas Metast* 1: 54-70, 1981.

7. Pretorius HT, Katikineni M, Kinsella TJ, **Barsky SH**, Brennan MF, Chu, EW, and Robbins J. Thyroid nodules after high-dose external radiotherapy. Fine-needle aspiration cytology in diagnosis and management. *JAMA* 247: 3217-3220, 1982.

8. **Barsky SH,** Martin SE, Matthews M, Gazdar A, and Costa JC. Low-grade mucoepidermoid carcinoma of the bronchus with high-grade biological behavior. *Cancer* 51: 1505-1509, 1983.

9. **Barsky SH,** Rao CN, Grotendorst GR, and Liotta LA. Increased content of type V collagen in desmoplasia of human breast carcinoma. *Am J Pathol* 108: 276-283, 1982.

**Publications (cont.)**

10. **Barsky SH,** Siegal GP, Jannotta F, and Liotta LA. Loss of basement membrane components by invasive tumors but not by their benign counterparts. *Lab Invest* 49: 140-148, 1983.

11. Siegal GP, and **Barsky SH**. Applications of immunoperoxidase staining to studies of human breast disease. In Liotta, L.A. and Hart, I.R. (Eds.): *Tumor Invasion and Metastasis.* The Hague, Martinus Nijhoff, 1982, pp. 511-529.

12. **Barsky SH,** Togo S, Garbisa S, and Liotta LA. Type IV collagenase immunoreactivity in invasive breast carcinoma. *Lancet* 1: 296-297, 1983.

13. **Barsky SH,** Baker A, Siegal GP, Togo S, and Liotta LA. Use of anti-basement membrane antibodies to distinguish blood vessel capillaries from lymphatic capillaries. *Am J Surg Pathol* 7: 667-677, 1983.

14. Rao CN, **Barsky SH,** Terranova VP, and Liotta LA. Isolation of a tumor cell laminin receptor. *Biochem Biophys Res Commun* 111: 804-808, 1983.

15. Liotta LA, Rao CN, and **Barsky SH.** Tumor invasion of the extracellular matrix in *Extracellular Matrix in Developmental Biology* Robert Trelstad, editor, 1984.

16. Liotta LA, Rao CN, and **Barsky SH**. Laminin receptor on human breast carcinoma in *Breast Cancer Research and Treatment,* Hall, editor, 1984.

17. Liotta LA, Rao CN, and **Barsky SH**. Tumor invasion and the extracellular matrix. *Lab. Invest.* 49: 636-649, 1983.

18. Ahlgren AD, Simrell CR, Triche TJ, Ozols R, and **Barsky SH**. Sarcoma arising in a residual testicular teratoma after cytoreductive chemotherapy. *Cancer* 54: 2015-2018, 1984.

**Publications (cont.)**

19. **Barsky SH**, Linnoila I, Triche T, and Costa J. A hepatocellular carcinoma with carcinoid features. *Human Pathology* 15: 892-894, 1984.

20. Ramacciotti CE, Pretorius HT, Chu EW, **Barsky SH**, Brennan MF, and Robbins, J. Diagnostic accuracy and utility of aspiration biopsy of thyroid nodules. *Arch Intern Med* 144: 1169-1173, 1984.

21. Reichert CM, Costa JC, **Barsky SH**, Claysmith AP, Liotta LA, Enzinger FM, and Triche TJ. Pachydermodactyly. *Clin Orthopaed Rel Res* 194: 252-257, 1985.

22. **Barsky SH**, Green WR, Grotendorst GR, and Liotta LA. Desmoplastic breast carcinoma as a source of human myofibroblasts. *Am J Pathol* 115: 329-333, 1984.

23. **Barsky SH**, Rao CN, Hyams D, and Liotta LA. Characterization of a laminin receptor from human breast carcinoma tissue. *Breast Cancer Research and Treatment* 4: 181-188, 1984.

24. **Barsky SH**, Rao CN, Restrepo C, Liotta, LA. Immunocytochemical enhancement of basement membrane antigens by pepsin: Applications in diagnostic pathology. *Amer J Clin Path* 82: 191-194, 1984.

25. Liotta LA, Horan Hand P, Rao CN, Bryant G, **Barsky SH**, and Schlom J. Monoclonal antibodies to the human laminin receptor recognize distinct structural domains. *Exper Cell Res* 156: 117-126, 1985.

26. Liotta LA, Rao CN, Terranova VP, **Barsky SH**, and Thorgeirsson UP. Tumor cell attachment and degradation of basement membranes. In Nicolson, G.L. and Milas, L. (Eds.): *Cancer Invasion and Metastasis: Biologic and Therapeutic Aspects*. New York, Raven Press, pp. 169-176, 1984.

**Publications (cont.)**

27. Liotta LA, Rao NC, **Barsky SH**, and Bryant G. The laminin receptor and basement membrane dissolution: role in tumor metastasis. *CIBA Found Symp* 108: 146-156, 1984.

28. Liotta LA, Rao NC, **Barsky SH**, and Turpeenniemi-Hujanen TM. Domains of laminin and basement membrane collagen which play a role in metastasis. *Mechanisms of Cancer Metastasis: Potential Therapeutic Implications*, Martinus Nijhoff Publishing, 1986.

29. **Barsky SH**. Germ cell tumors of the testis in *Surgical Pathology of Urologic Diseases*, Javadpour, N and **Barsky SH**, editors, Williams and Wilkins, Baltimore, 1987.

30. **Barsky SH**, Rao CN, Williams JE, and Liotta LA. Laminin molecular domains which alter metastasis in a murine model. *J Clin Invest* 74: 843-848, 1984.

31. Gopalakrishna R, and **Barsky SH**. Quantitation of tissue calpain activity after isolation by hydrophobic chromatography. *Anal Biochem* 148: 413-423, 1985.

32. Gopalakrishna R, **Barsky SH**, and Anderson WA. Isolation of S-100 binding proteins from brain by affinity chromatography. *Biochem Biophys Res Commun* 128: 1118-1124, 1985.

33. **Barsky SH**, Bhuta S, and Huang SJ. The extracellular matrix of pulmonary scar carcinoma is suggestive of a desmoplastic origin. *Am J Pathol* 124:412-419, 1986.

34. Gopalakrishna R, **Barsky SH**, Thomas TP, and Anderson WA. Factors influencing chelator-stable, detergent-extractable, phorbol diester-induced membrane association of protein kinase C. *J Biol Chem* 261: 16438-16445, 1986.

35. Gopalakrishna R, and **Barsky SH**. Hydrophobic association of calpains with subcellular organelles -- compartmentalization of calpains and the endogenous inhibitor calpastatin in tissues. *J Biol Chem* 261:13936-13942, 1986.

**Publications (cont.)**

36. **Barsky SH** and Hannah J. Extracellular hyaline bodies are basement membrane accumulations. *Amer J Clin Path* 87: 455-460, 1987.

37. **Barsky SH**, Grossman DA, and Bhuta S. Desmoplastic basal cell carcinomas possess unique basement membrane-degrading properties. *J Invest Derm* 88: 324-329, 1987.

38. **Barsky SH**, Nelson L, Levy VA. Tumor desmoplasia inhibits angiogenesis. *Lancet* 8571: 1331-1337, 1987.

39. **Barsky SH** and Gopalakrishna R. An experimental model for studying the desmoplastic response to tumor invasion. *Can Lett* 35: 271-279, 1987.

40. **Barsky SH** and Gopalakrishna R. Increased invasion and spontaneous metastasis of BL6 melanoma with inhibition of the desmoplastic response in C57 BL/6 mice. *Can Res* 47: 1663-1667, 1987.

41. **Barsky SH**. The metastatic phenotype. *Disease Markers* 6: 71-80, 1988.

42. Gopalakrishna R, and **Barsky SH**. Tumor promoter induced membrane-bound protein kinase C regulates hematogenous metastasis. *Proc Natl Acad Sci USA* 85: 612-616, 1988.

43. **Barsky SH**, Layfield L, Varki N, and Bhuta S. Two human tumors with high basement membrane producing potential. *Cancer* 61: 1798-1806, 1988.

44. **Barsky SH**, and Gopalakrishna R. High metalloproteinase inhibitor content of human cirrhosis and its possible conference of metastasis resistance. *J Nat Can Inst* 80: 102-107, 1988.

45. **Barsky SH**, and Gopalakrishna R. Isolation of a myofibroblast growth factor from human breast carcinoma cell lines. *Biochem Biophys Res Commun* 149: 1125-1131, 1987.

**Publications (cont.)**

46. Haskell, CM, Cochran A, **Barsky SH**, and Steckel R. Metastasis of unknown origin. *Current Problems in Cancer* ,Vol XII, No. 1, 1988.

47. Hu LM, Phillipson J, and **Barsky SH**. Intratubular germ cell neoplasia in infantile yolk sac tumor. Verification by tandem repeat sequence *in situ* hybridization. *Diagn Mol Pathol* 1: 118-128, 1992.

48. Ross DA, Huaman JA, and **Barsky SH**. A study of the heterogeneity of the mucoepidermoid tumor and the implication for future therapies. *Arch Otolaryngol Head Neck Surg* 118: 1172-1178, 1992.

49. Grody WW, Kern R, Klein D, Dodson AE, Wissman PB, **Barsky SH**, and Cederbaum SD. Delayed catastrophic sequelae with massive induction of a kidney arginase isozyme in liver arginase deficiency. *Hum Genet* , 91: 1-5, 1993.

50. Belldegrun A, Tso CL, Sakata T, Duckett T, Brunda M, **Barsky SH**, et al. In-vitro and in-vivo characterization of a human renal cell carcinoma line genetically engineered to secrete interleukin-2 or/and interferon-alpha: A novel strategy for the development of live cancer vaccines. *J Natl Can Inst* 85: 207-216, 1993.

51. Litman DA, Bhuta S, and **Barsky SH**. Synchronous occurrence of malignant rhabdoid tumor two decades after Wilm's tumor irradiation. *Amer J Surg Path* 17: 729-737, 1993.

52. **Barsky SH**, and Sassoon A. Sclerosing adenosis of the prostate as a cause of very high PSA levels. *J Urol Path* 1: 313-330, 1993.

53. Millis J, Chang B, Zinner M, **Barsky SH**. Malignant mixed tumor (carcinosarcoma) of the pancreas: A case report supporting organ-induced differentiation of malignancy. *Surgery* 115: 132-137, 1994.

54. Levere SM, **Barsky SH**, and Meals RA. Intravascular papillary endothelial hyperplasia: A neoplastic "actor" representing an exaggerated attempt at recanalization mediated by bFGF. *J Hand Surg* 19A: 559-564, 1994.

**Publications (cont.)**

55. **Barsky SH**, Cameron R, Osann KE, Tomita D, and Holmes EC. Rising incidence of bronchioloalveolar lung carcinoma and its unique clinicopathological features. *Cancer* 73: 1163-1170, 1994.

56. Sternlicht M, Mirell C, Safarians S, and **Barsky SH**. A novel strategy for the investigation of clonality in pre-cancerous disease states and early stages of tumor progression. *Biochem Biophys Res Commun* 199: 511-518, 1994.

57. **Barsky SH**, Grossman DA, Ho J, and Holmes EC. The multifocality of bronchioloalveolar lung carcinoma: Evidence and implications of a multiclonal origin. *Modern Path* 7: 633-640, 1994.

58. Love SM and **Barsky SH**. In situ breast cancer. In *Cancer Treatment*, C Haskell, editor, WB Saunders Co, Philadelphia, 1995.

59. Haskell CM, **Barsky SH**, Bassett LW, Love SM. Natural history and pretreatment assessment of breast cancer. In *Cancer Treatment*, C Haskell, editor, WB Saunders Co., Philadelphia, 1995.

60. Thompson L, Chang B, and **Barsky SH**. Monoclonal origins of malignant mixed tumors (carcinosarcomas). Evidence for a divergent histogenesis. *Am J Surg Path* 20: 277-285, 1996.

61. Safarians S, Sternlicht M, Freiman C, Huaman J, and **Barsky SH**. The primary tumor is the primary source of metastasis in a human melanoma/scid model. Implications for the direct autocrine and paracrine epigenetic regulation of the metastatic process. *Int J Cancer* 66: 151-158, 1996.

62. Love SM and **Barsky SH**. Breast Cancer: An interactive paradigm. *The Breast Journal* 2: 171-175, 1996.

63. Love SM and **Barsky SH**. Breast-duct endoscopy to study stages of cancerous breast disease. *Lancet* 348: 997-999, 1996.

64. Nguyen M, McCombs MM, Ghandehari S, Kim A, Wang H, **Barsky SH**, Love SM and Bassett LW. An update on core needle biopsy for radiologically detected breast lesions. *Cancer* 78: 2340-45, 1996.

**Publications (cont.)**

65. Sternlicht M, Safarians S, Calcaterra TC, and **Barsky SH**. Establishment and characterization of a novel human myoepithelial cell line and matrix-producing xenograft from a parotid basal cell adenocarcinoma. *In Vitro Cell. Dev. Biol.* 32: 550-563, 1996.

66. Sternlicht M, Safarians S, Rivera SP, and **Barsky SH**. Characterizations of the extracellular matrix and proteinase inhibitor content of human myoepithelial tumors. *Lab Invest* 74: 781-796, 1996.

67. Safarians S, Sternlicht M, Yamanishi, Love SM, and **Barsky SH**. Human breast cancer progression can be regulated by dominant *trans*-acting factors in somatic cell hybridization studies. *Cancer Res* 56: 3560-3569, 1996.

68. Farria DM, Gorczyca DP, **Barsky SH**, Sinha S, Bassett LW. Benign phyllodes tumor of the breast: MR imaging features. *AJR* 167: 187-189, 1996.

69. Safarians S, Rivera SP, Sternlicht M, Naeim F, and **Barsky SH**. Ectopic G-CSF expression in human melanoma lines marks a *trans*-dominant pathway of tumor progression. *Am J Path* 150: 949-962, 1997.

70. Nguyen M, Tran C, **Barsky SH**, Sun JR, McBride W, Pegram M, Pietras R, Love S, Glaspy J. Thalidomide and chemotherapy combination: preliminary results of preclinical and clinical studies. *Int J Oncol* 10: 965-969, 1997.

71. Nguyen M, Corless CL, Kraling BM, Atha T, Tran C, Bischoff J, and **Barsky SH**. Vascular expression of E-selectin is increased in estrogen receptor negative breast cancer and is probably mediated by IL-1$\alpha$. *Am J Path* 150: 1307-1314, 1997.

72. Fligiel SEG, Roth MD, Kleerup EC, **Barsky SH**, Simmons MS and Tashkin DP. Tracheobronchial histopathology in habitual smokers of cocaine, marijuana and/or tobacco. *Chest* 112: 319-326, 1997.

73. **Barsky SH** and Sternlicht M. The myoepithelial cell in DCIS. *Ductal Carcinoma in Situ of the Breast*, Silverstein MJ, editor, Williams & Wilkins, 1997.

**Publications (cont.)**

74. **Barsky SH**, Doberneck SA, Sternlicht M, Grossman DA and Love SM. "Revertant" DCIS in human axillary breast carcinoma metastasis. *J Pathology* 183: 188-194, 1997.

75. **Barsky SH**, Sternlicht M, Safarians S, Nguyen M, Chin K, Stewart SD, Hiti AL and Gray JW. Evidence of a dominant transcriptional pathway which regulates an undifferentiated and complete metastatic phenotype. *Oncogene* 15: 2077-2091, 1997.

76. Sternlicht M, Kedeshian P, Shao ZM, Safarians S, and **Barsky SH**. The human myoepithelial cell is a natural tumor suppressor. *Clin Cancer Res* 3: 1949-1958, 1997.

77. Sternlicht M and **Barsky SH**. The myoepithelial defense: a host defense against cancer. *Medical Hypotheses* 48:37-46, 1997.

78. Offodile R, Hoh C, **Barsky SH**, Nelson SD, Elashoff R, Eilber FR, Economou J, Nguyen M. Minimally invasive breast carcinoma staging using lymphatic mapping with radiolabeled dextran. *Cancer* 82:1704-1708, 1998.

79. Roth MD, Arora A, **Barsky SH**, Kleerup EC, Simmons M and Tashkin DP. Airway inflammation in young marijuana and tobacco smokers. *Am J Respir Crit Care Med* 157: 928-937, 1998.

80. Shao ZM, Alpaugh ML, Fontana JA and **Barsky SH**. Genistein inhibits proliferation similarly in estrogen receptor-positive and negative human breast carcinoma cell lines characterized by p21, G2/M arrrest and apoptosis. *J Cell Biochem* 69:44-54, 1998.

81. Walton T, Wang J, Ribas A, **Barsky SH**, Economou J, Nguyen M. Endothelium-specific expression of an E-selectin promoter recombinant adenoviral vector. *Anticancer Res* 18:1357-1360, 1998.

82. Kedeshian P, Sternlicht M, Nguyen M, Shao ZM and **Barsky SH** *Humatrix*, a novel myoepithelial matrical gel with unique biochemical and biological properties. *Cancer Lett* 123:215-226, 1998.

83. Shao ZM, Nguyen M, Alpaugh ML, O' Connell JT and **Barsky SH**. The human myoepithelial cell exerts anti-proliferative effects on breast carcinoma cells characterized by p21 induction, G2/M arrrest and apoptosis. *Experiment Cell Res* 241:394-403, 1998.

**Publications (cont.)**


84. Shao ZM, Wu J, Shen ZM and **Barsky SH**. Genistein inhibits both constitutive and EGF-stimulated invasion in ER negative human breast carcinoma cell lines. *Anticancer Res* 18:1435-1440, 1998.

85. **Barsky SH**, Roth MD, Kleerup EC, Simmons M, and Tashkin DP. Histopathologic and molecular alterations in bronchial epithelium in habitual smokers of marijuana, cocaine and/or tobacco. *J Natl Cancer Inst* 90:1198-1205, 1998.

86. Shao ZM, Wu J, Shen ZZ, and **Barsky SH**. Genistein exerts multiple suppressive effects on human breast carcinoma cells. *Cancer Res* 58: 4851-4857, 1998.

87. O' Connell JT, Shao ZM, Drori E, Basbaum, CB, and **Barsky SH**. Altered mucin expression is a field change that accompanies mucinous (colloid) breast carcinoma histogenesis. *Human Path* 29: 1517-1523, 1998.

88. Wu J, Shen ZZ, Lu JS, Jiang M, Han QX, Fontana JA, **Barsky SH** and Shao ZM. Prognostic role of p27 and apoptosis in human breast cancer. *Br J Cancer* 79: 1572-1578, 1999.

89. **Barsky SH**, Shao ZM, Bose S. Should DCIS be renamed carcinoma of the ductal system? *The Breast Journal* 5: 70-72, 1999.

90. Shao ZM, Li J, Wu J, Han QX, Shen ZZ, Fontana JA and **Barsky SH**. Neo-adjuvant chemotherapy for operable breast cancer induces apoptosis. *Breast Can Res Treat* 53: 263-269, 1999.

91. **Barsky SH** and Bose S. Should LCIS be regarded as a heterogeneous disease? *The Breast Journal* 5: 407-412, 1999.

92. Tomlinson J, **Barsky SH**, Nelson S, Singer S, Pezeshki B, Lee MC, Eilber F and Nguyen M. Different patterns of angiogenesis in sarcomas and carcinomas. *Clin Cancer Res* 5: 3516-3522, 1999.

93. O'Connell JT and **Barsky SH**. Muc-5 expression in breast carcinomas. *Human Path* 30: 1270-1271, 1999.

94. Alpaugh ML, Tomlinson J, Shao ZM and **Barsky SH**. A novel human xenograft model of inflammatory breast cancer. *Cancer Res* 59: 5079-5084, 1999.

**Publications (cont.)**

95. Chang HR, Soo C and **Barsky SH**. In situ breast cancer. In *Cancer Treatment*, C Haskell, editor, WB Saunders Co, Philadelphia, 2000.

96. Chap, LI, **Barsky SH**, Bassett LW, Haskell CM. Natural history and pretreatment assessment of breast cancer. In *Cancer Treatment*, C Haskell, editor, WB Saunders Co., Philadelphia, 2000.

97. Layfield LJ, Liu K, Dodge R, **Barsky SH**. Uterine smooth muscle tumors: Utility of classification by proliferation, ploidy and prognostic markers versus traditional histopathology. *Arch Path Lab Med* 124: 221-227, 2000.

98. Wu J, Shao ZM, Shen ZZ, Lu JS, Han QX, Fontana JA, **Barsky SH**. Significance of apoptosis and apoptotic-related proteins, BCL-2, BAX in primary breast cancer. *The Breast Journal* 6: 44-52, 2000.

99. Tomlinson J, Wang JL, **Barsky SH**, Lee MC, Bischoff J and Nguyen M. Human colon cancer cells express multiple glycoprotein ligands for E-selectin. *Int J Oncol* 16: 347-353, 2000.

100. Shao ZM, Shen ZZ, Fontana JA and **Barsky SH**. Genistein's "ER-dependent and independent" actions are mediated through ER pathways in ER-positive breast carcinoma cell lines. *Anticancer Res* 20: 2409-2416, 2000.

101. Shao ZM, Radziszewski WJ and **Barsky SH**. Tamoxifen enhances myoepithelial cell suppression of human breast carcinoma progression by two different effector mechanisms. *Cancer Lett*, 157: 133-144, 2000.

102. Nguyen M, Lee MC, Wang JL, Tomlinson JS, Shao ZM and **Barsky SH**. The human myoepithelial cell displays a multifaceted anti-angiogenic phenotype. *Oncogene* 19: 3449-3459, 2000.

103. Shao ZM, Nguyen M, and **Barsky SH**. Human breast carcinoma desmoplasia is PDGF initiated. *Oncogene* 19: 4337-4345, 2000.

104. Liu YL, Wang JL, Chang H, **Barsky SH**, Nguyen M. Breast cancer diagnosis with nipple fluid bFGF. *Lancet* 356: 567, 2000.

**Publications (cont.)**

105. De las Hera M, **Barsky SH**, Hasleton P, Wagner M, Larson E, Egan J, Ortin A, Gimenez-Mas JA, Palmarini M and Sharp JM. Evidence for a protein related immunologically to the jaagsiekte sheep retrovirus in some human lung tumors. *European Respir J* 15: 330-332, 2000.

106. Shen KW, Wu J, Lu JS, Han QX, Shen ZZ, Nguyen M, Shao ZM, and **Barsky SH**. Fiberoptic ductoscopy for patients with nipple discharge. *Cancer* 89: 1512-1519, 2000.

107. Alpaugh ML, Lee MC, Nguyen M, Deato M, Dishakjian L and **Barsky SH**. Myoepithelial-specific CD44 shedding contributes to the anti-invasive and anti-angiogenic phenotype of myoepithelial cells. *Experiment Cell Res* 26: 150-158, 2000.

108. Lee MC, Alpaugh ML, Nguyen M, Deato M, Dishakjian L and **Barsky SH**. Myoepithelial specific CD44 shedding is mediated by a putative chymotrypsin-like sheddase. *Biochem Biophys Res Commun* 279: 116-123, 2000.

109. Tomlinson JS, Alpaugh ML and **Barsky SH**. An intact overexpressed E-cadherin/$\alpha$,$\beta$-catenin axis characterizes the lymphovascular emboli of inflammatory breast carcinoma. *Cancer Res* 61: 5231-5241, 2001.

110. Shen KW, Wu J, Lu JS, Han QX, Shen ZZ, Nguyen M, **Barsky SH** and Shao ZM. Fiberoptic ductoscopy for breast cancer patients with nipple discharge. *Surgical Endoscopy* 15: 1340-1345, 2001.

111. Liu C, Zhang L, Shao ZM, Beatty P, Sartippour M, Lane TF, **Barsky SH**, Livingston EL and Nguyen M. Identification of a novel endothelial-derived gene EG-1. *Biochem Biophys Res Commun* 290: 602-612, 2002.

112. **Barsky SH**, Kedeshian P and Alpaugh ML. Maspin and myoepithelial cells. Maspin edited by M.J.C. Hendrix. Landes Bioscience, Georgetown, Texas, 2002.

**Publications (cont.)**

113. Alpaugh ML, Tomlinson JS, Kasraeian S, and **Barsky SH**. Co-operative role of E-cadherin and sialyl-Lewis X/A-deficient MUC1 in the passive dissemination of tumor emboli in inflammatory breast carcinoma. *Oncogene* 21: 3631-3643, 2002.

114. Alpaugh ML and **Barsky SH**. Reversible model of spheroid formation allows for high efficiency of gene delivery *ex vivo* and accurate gene assessment *in vivo*. *Hum Gene Ther* 13: 1245-1258, 2002.

115. Alpaugh ML, Tomlinson JS, Ye Y and **Barsky SH**. Relationship of sialyl-Lewis$^{x/a}$ underexpression and E-cadherin overexpression in the lymphovascular embolus of inflammatory breast carcinoma. *Am J Path* 161: 619-628, 2002.

116. Grossman DA, Hiti AL, McNiel EA, Ye Y, Alpaugh ML and **Barsky SH**. Comparative oncological studies of feline bronchioloalveolar lung carcinoma, its derived cell line and xenograft. *Cancer Res* 62: 3826-3833, 2002.

117. O'Connell JT, Tomlinson JS, Roberts AA, McGonigle KF and **Barsky SH**. Pseudomyxoma peritonei is a disease of MUC2-expressing goblet cells. *Am J Path* 161: 551- 564, 2002.

118. O'Connell JT, Hacker CM and **Barsky SH**. MUC2 is a molecular marker for pseudomyxoma peritonei. *Modern Path* 15: 958-972, 2002.

119. Grossman DA, McNiel EA, Hackett TB and **Barsky SH**. Establishment of an immortalized cell line and transplantable xenograft from a bronchioloalveolar lung carcinoma of a cat. *Am J Vet Res* 63:1745-1753, 2002.

120. Tsai H, Chang H and **Barsky SH**. Atypical ductal hyperplasia presenting as pseudomicrocalcifications. *The Breast Journal* 9: 39-40, 2003.

121. Choi SH, **Barsky SH** and Chang HR. Clinicopathological analysis of sentinel lymph node mapping in early breast cancer. *The Breast Journal* 9: 153-162, 2003.

**Publications (cont.)**

122. **Barsky SH** and Alpaugh ML. Myoepithelium: Methods of culture and study. Culture of Human Tumor Cells, edited R. Ian Freshney, John Wiley & Sons, Inc., New York, NY, 2003.

123. **Barsky SH.** Myoepithelial mRNA expression profiling reveals a common tumor suppressor phenotype. *Experimental and Molecular Pathology* 74: 113-122, 2003.

124. Parker RG, **Barsky SH** and Bennion R. Angiosarcoma developing in a breast after conservation treatment for breast cancer. *Amer J Clin Oncol* 26: 486-488, 2003.

125. **Barsky SH** and McGonigle K. Pseudomyxoma peritonei. *New Engl J Med* 350 (15): e13, 2004.

126. Love SM and **Barsky SH**. Anatomy of the nipple and breast ducts revisited. *Cancer* 101: 1947-1957, 2004.

127. Chamras H, **Barsky SH**, Ardashian A, Navasartian D, Heber D and Glaspy JA. *Nutr Cancer* 52: 43-48, 2005.

128. **Barsky SH** and Karlin. Myoepithelial cells: Autocrine and paracrine suppressors of breast cancer progressions. *J Mammary Gland Biol Neoplasia* 10:249-260, 2005.

129. **Barsky SH** and Karlin. Mechanisms of disease: breast tumor pathogenesis and the role of the myoepithelial cell. *Nature Clin Prac Oncol* 3: 138-151, 2006.

130. **Barsky SH**. Inflammatory breast cancer: Few survivors, fewer baby boomer advocates. *Oncologistics* 3:26-33, 2006.

131. **Barsky SH**. Automation of whole slide and tissue microarray interpretation. *Biophotonics International* 14: 34-35, 2007.

132. Joshi AS, Sharangpani GM, Porter K, Keyhani S, Morrison C, Basu AS, Gholap GA, Gholap AS, **Barsky SH**. Semi-automated imaging system to quantitate Her-2/neu membrane receptor immunoreactivityin human breast cancer. *Cytometry A* 71:273-285, 2007.

**Publications (cont.)**

133. Sharangpani GM, Joshi AS, Porter K, Deshpande AS, Keyhani S, Naik GA, Gholap AS, **Barsky SH**. Semi-automated imaging system to quantitate estrogen and progesterone receptor immunoreactivity in human breast cancer. *J Microsc* 226:244-255, 2007.

134. Chen L, Shen R, Ye Y, Pu XA, Liu X, Duan W, Wen J, Zimmerer J, Wang Y, Liu Y, Lasky LC, Heerema NA, Perrotti D, Ozato K, Kuramochi-Miyagawa S, Nakano T, Yates AJ, Carson WE, Lin H, **Barsky SH**, Gao JX. Precancerous stem cells have the potential for both benign and malignant differentiation. *PLoS ONE* 2:e293, 2007.

135. Shen R, Ye Y, Chen L, Yan Q, **Barsky SH**, Gao JX. Precancerous stem cells can serve as tumor vasculogenic progenitors. *PLoS ONE* 3:e1652, 2008.

136. **Barsky SH**, Urist M, Gradishar W, Recht A. The Breast: Comprehensive Management of Benign and Malignant Disorders, Fourth Edition, edited by Bland and Copeland, 2008.

137. Uttawar M and **Barsky SH**. Digital automation of breast biomarker immunocytochemistry. In Bland and Copeland, The Breast: Comprehensive Management of Benign and Malignant Disorders, Fourth Edition, 2008.

138. Shapiro C and **Barsky SH**. Malignant neoplasia of the breast: infiltrating carcinomas. In Bland and Copeland, The Breast: Comprehensive Management of Benign and Malignant Disorders, Fourth Edition, 2008.

139. **Barsky SH**, Mrozek E. Love R. Inflammatory breast cancer. In Bland and Copeland, The Breast: Comprehensive Management of Benign and Malignant Disorders, Fourth Edition, 2008.

140. Povoski SP and **Barsky SH**. In situ carcinomas of the breast. In Bland and Copeland, The Breast: Comprehensive Management of Benign and Malignant Disorders, Fourth Edition, 2008.

**Publications (cont.)**

141. **Barsky SH** and Wicha M. Stem Cells, the Breast, and Breast Cancer. In Bland and Copeland, The Breast: Comprehensive Management of Benign and Malignant Disorders, Fourth Edition, 2008.

142. Yi Xiao, Ye Y, Yearsley K, Jones S and **Barsky SH**. The lymphovascular embolus of inflammatory breast cancer expresses a stem cell-like phenotype. *Am J Path* 173: 561-574, 2008.

143. Ye Y, Xiao Y, Wang W, Yearsley K, Gao JX and **Barsky SH**. ERα suppresses slug expression directly by transcriptional repression. *Biochemical J* 416: 179-187, 2008.

144. Yang EV, Kim SJ, Donovan EL, Chen M, Gross AC, Webster Mareton JI, **Barsky SH**, Glaser R. Norepinephrine upregulates VEGF, IL-8, and IL-6 expression in human melanoma tumor cell lines: Implications for stress-related enhancement of tumor progression. *Brain Behav Immun* 23: 267-275, 2009.

145. Duan W, Gao L, Wu X, Hade EM, Gao JX, Ding H, **Barsky SH**, Otterson GA, Villalona-Calero MA. Expression of a mutant p53 results in an age-related demographic shift in spontaneous lung tumor formation in transgenic mice. *PLoS One*. 2009; 4(5):e5563.

146. Trimboli AJ, Cantemir-Stone CZ, Li F, Wallace JA, Merchant A, Creasap N, Thompson JC, Caserta E, Wang H, Chong JL, Naidu S, Wei G, Sharma SM, Stephens JA, Fernandez SA, Gurcan MN, Weinstein MB, **Barsky SH**, Yee L, Rosol TJ, Stromberg PC, Robinson ML, Pepin F, Hallett M, Park M, Ostrowski MC, Leone G. Pten in stromal fibroblasts suppresses mammary epithelial tumours. *Nature*. 2009 461: 1084-91, 2009.

147. **Barsky SH**, Gentchev L, Basu AS, Jimenez RE, Boussaid K, Gholap AS. Use and validation of epithelial recognition and fields of view algorithms on virtual slides to guide TMA construction. *BioTechniques* 47: 927-938, 2009.

**Publications (cont.)**

148. Ye Y, Xiao Y, Wang W, Wang Q, Yearsley K, Wani AA, Yan Q, Gao JX, Shetuni BS, **Barsky SH**. Inhibition of expression of the chromatin remodeling gene, SNF2L, selectively leads to DNA damage, growth inhibition and cancer cell death. *Mol Cancer Res* 7: 1984-1999, 2009.

149. Qamri Z, Preet A, Nasser MW, Bass CE, Leone G, **Barsky SH**, Ganju RK. Synthetic cannabinoid receptor agonists inhibit tumor growth and metastasis of breast cancer. *Mol Cancer Ther* 8: 3117-3129, 2009.

150. Charafe-Jauffret E, Ginestier C, Iovino F, Diebel M, Esterni B, Houvenaeghel G, Extra JM, Bertucci F, Jacquemier J, Xerri L, Dontu G, Stassi G, Xiao Y, **Barsky SH**, Birnbaum D, Viens P, Wicha MS. Aldehyde dehydrogenase 1-positive cancer stem cells mediate metastasis and poor clinical outcome in inflammatory breast cancer. *Clin Cancer Res* 16: 45-55, 2010.

151. Ye Y, Wang W, Yearsley K, Gao JX, Shetuni B, **Barsky SH**. ERalpha signaling through slug regulates E-cadherin and EMT. *Oncogene* 29: 1451–1462, 2010.

152. He G, Chen L, Ye Y, Xiao Y, Hua K, Jarjoura D, Nakano T, **Barsky SH**, Shen R, Gao JX. Piwil2 expressed in various stages of cervical neoplasia is a potential complementary marker for p16. *Am J Transl Res* 2: 156-169, 2010.

153. Liu JJ, Shen R, Chen L, Ye Y, He G, Hua K, Jarjoura D, Nakano T, Ganju R, Shapiro C, **Barsky SH**, Gao JX. Piwil2 is expressed in various stages of breast cancers and has the potential to be used as a novel biomarker. *Int J Clin Exp Pathol* 3: 328-337, 2010.

154. Wu Y, Feng X, Jin Y, Hankey W, Paisie C, Li L, Liu F, **Barsky SH**, Zhang W, Ganju R, Zou X. A novel mechanism of indole-3-carbinol effects on breast carcinogenesis involves induction of Cdc25A degradation. *Cancer Prev Res* 3: 818-828, 2010.

155. **Barsky SH**. Tumoral emboli and encircling lymphovasculogenesis. *Aging* 2: 263-264, 2010.

**Publications (cont.)**

156. Mahooti S, Porter K, Alpaugh ML, Ye Y, Xiao Y, Jones S, Tellez JD, **Barsky SH.** Breast carcinomatous tumoral emboli can result from encircling lymphovasculogenesis rather than lymphovascular invasion. *Oncotarget* 1: 131-1147, 2010.

157. Robertson FM, Ogasawara MA, Ye Z, Chu K, Pickei R, Debeb BG, Woodward WA, Hittelman WN, Cristofanilli M, **Barsky SH.** Imaging and analysis of cancer stem cells within 3 dimensional tumor spheroids *J Biomolec Screen* 15: 820-829, 2010.

158. Duke TJ, Jahed NC, Veneroso CC, DaRosa R, Johnson O, Hoffman D, **Barsky SH**, Levine PH. A cluster of inflammatory breast cancer (IBC) in an office setting: Additional evidence of the importance of environmental factors in IBC etiology. *Oncology Reports* 24:1277-1284, 2010.

159. Ye Y, Tellez JD, Durazo M, Belcher M, Yearsley K, **Barsky SH**. E-cadherin accumulation within the lymphovascular embolus of inflammatory breast cancer is due to altered trafficking. *Anticancer Research* 30: 3903-3910, 2010.

160. Robertson FM, Bondy M, Yang W, Yamauchi H, Wiggins S, Kamrudin S, Krishnamurthy S, Le-Petross H, Bidaut L, Player AH, **Barsky SH**, Woodward WA, Bucholz T, Lucci A, Ueno N, Cristofanilli M. Inflammatory breast cancer: The disease, the biology, the treatment. *CA: A Journal for Clinicians* 60: 351-375, 2010.

161. Ye Y, Yin DT, Chen L, Zhou Q, Shen R, He G, Yan Q, Tong Z, Issekutz AC, Shapiro CL, **Barsky SH**, Lin H, Li JJ, Gao JX. Identification of Piwil2-like (PL2L) proteins that promote tumorigenesis. *PLoS One* 5: e13406, 2010.

162. Xiao Y, Ye Y, Zou X, Jones S, Yearsley K, Shetuni B, Tellez, **Barsky SH**. The lymphovascular embolus of inflammatory breast cancer exhibits a notch3 addiction. *Oncogene*, 30: 287-300, 2011.

**Publications (cont.)**


163. Yokdang N, Tellez JD, Tian H, Norvell J, **Barsky SH**, Valencik M, Buxton IL. A role for nucleotides in support of breast cancer angiogenesis: Heterologous receptor signaling. *Br J Cancer* 104: 1628 – 1640, 2011.

164. Kais Z, **Barsky SH**, Mathsyaraja H, Zha A, Ransburgh DJ, He G, Pilarski RT, Shapiro CL, Huang K, Parvin JD. KIAA0101 interacts with BRCA1 and regulates centrosome number. *Mol Cancer Res* 9: 1091 – 1099, 2011.

165. **Barsky SH** and Robertson FM. Pathology: Histomorphometric features of IBC -Angiogenesis, lymphangiogenesis and tumor emboli. In Inflammatory Breast Cancer: An Update. Springer, New York, 2012.

166. Ye Y, Tian H, Lange AR, Yearsley K, Robertson FM, **Barsky SH**. The genesis and unique properties of the lymphovascular tumor embolus are because of calpain-regulated proteolysis of E-cadherin. *Oncogene,* epub ahead of print may 2012, DOI*1O.1038/0nc.2012.180.*

167. Robertson FM, Khio C, Circo R, Wulfkuhle J, Krishnamurthy S, Ye Z, Luo AZ, Boley KM, Wright MC, Freiter EM, **Barsky SH**, Cristofanilli M, Petricoin EF, Liotta LA. Genomic and proteomic pathway mapping reveals signatures of mesenchymal-epithelial plasticity in inflammatory breast cancer. *Breast Cancer -Recent Advances in Biology, Imaging and Therapeutics, 2012.*

168. Ye Y, Gao JX, Tian H, Yearsley K, Lange AR, Robertson FM, **Barsky SH**. Early to intermediate steps of tumor embolic formation involve specific proteolytic processing of E-cadherin regulated by Rab 7. *Mol Cancer Res* 10: 713-726, 2012.

169. Ye Y, Wang W, Gao JX, Yearsley K, Yan Q, **Barsky SH**. Alternatively singular v dual inhibition of SNF2L and its isoform, SNF2LT, have similar effects on DNA damage but opposite effects on the DNA damage response, cancer cell growth and apoptosis. *Oncotarget* 3: 475-489, 2012.

**Publications (cont.)**


170. Robertson, FM, Chu, K, Fernandez, S, Mu, Z, Zhang, X" Liu, H, Boley, KM, Alpaugh, RK, Ye, Z, Wright, MC, Luo, A, Moraes, R, Wu, H, Zook, M, **Barsky SH** and Cristofanilli, M. Genomic profiling of pre-clinical models of inflammatory breast cancer identifies a signature of mesenchymal-epithelial plasticity and suppression of TGFb signaling. *http://dx.doi.org/10.4172/2161-0681.1000119. J Clin Exp Patho1 2012.*

171. Robertson FM, Khio C, Circo R, Wulfkuhle J, Krishnamurthy S, Ye Z, Luo AZ, Boley KM, Wright MC, Freiter EM, **Barsky SH**, Cristofanilli M, Petricoin EF, Liotta LA. Genomic and proteomic pathway mapping reveals signatures of mesenchymal-epithelial plasticity in inflammatory breast cancer. Breast Cancer –Recent Advances in Biology, Imaging and Therapeutics, 2012

172. Robertson FM, Chu K, Boley KM, Ye Z, Liu H, Wright MC, Moraes R, Zhang X, Green TL, **Barsky SH**, Heise C, Cristofanilli M. The class I HDAC inhibitor Romidepsin targets inflammatory breast cancer tumor emboli and synergizes with paclitaxel to inhibit metastasis. *J Exp Ther Oncol.* 2013;10(3):219-33. PMID: 24416998

173. Robertson FM, Petricoin Iii EF, Van Laere SJ, Bertucci F, Chu K, Fernandez SV, Mu Z, Alpaugh K, Pei J, Circo R, Wulfkuhle J, Ye Z, Boley KM, Liu H, Moraes R, Zhang X, Demaria R, **Barsky SH**, Sun G, Cristofanilli M. Presence of anaplastic lymphoma kinase in inflammatory breast cancer. Springerplus. 2013 Oct 1;2:497. doi: 10.1186/2193-1801-2-497.

174. Waldron NN, **Barsky SH**, Dougherty PR, Vallera DA. A bispecific EpCAM/CD133-targeted toxin is effective against carcinoma. *Target Oncol.* 2013 Jul 31.

175. Chu K, Boley KM, Moraes R, **Barsky SH**, Robertson FM. The paradox of E-cadherin: role in response to hypoxia in the tumor microenvironment and regulation of energy metabolism. *Oncotarget.* 2013 Mar;4(3):446-62.

**Publications (cont.)**


176. Green TM, Alpaugh ML, **Barsky SH**, Rappa G, Lorico A. Breast Cancer-Derived Extracellular Vesicles: Characterization and Contribution to the Metastatic Phenotype. *Biomed Res Int* 2015, 634865 (2015).

177. Rappa G, Santos M, Green TM, Karbanova J, **Barsky SH**, Corbeil D, Lorico A. Nuclear transport of cancer extracellular vesicles through nuclear envelope invagination-associated microvesicles. *Oncotarget* 2017; 8(9):14443-14461. doi: 10.18632

178. Ferrell SD, Ahmad I, Nguyen C, Petrova SC, Wilhelm SR, Ye Y, **Barsky SH**. Why is cancer so common a disease in people yet so rare at a cellular level? *Medical Hypotheses* 144, 2020.

179. Petrova SC, Ahmad I Ferrell SD,, Nguyen C,, Wilhelm SR, Ye Y, **Barsky SH**. Regulation of breast cancer oncogenesis by the cell of origin's differentiation state. *Oncotarget* 11: 39832-3848, 2020.

180. Ronit Farahmandian, Dhruvi Panchal, Marjan Ladan, Hanieh Zham, Daryoush Javidi, Sanford H Barsky. Extraskeletal Osteosarcoma Arising Within A Primary Atrial Myxoma. J Case Reports Cancer 1(1):104, 2020, https://doi.org/10.33790/jcrc1100104

181. Nguyen C, Ahmad I, Petrova SC, Ferrell SD, Wilhelm SR, Ye Y, **Barsky SH**. Use of constitutive and inducible oncogene-containing iPSCs as surrogates for transgenic mice to study breast oncogenesis. *Stem Cell Research & Therapy* 2021 May 27;12(1):301. doi: 10.1186/s13287-021-02285-x. PMID: 34044885; PMCID: PMC8162012.12:301, 2021.

182. Eveland AP, Prado LG, Wilhelm SR, Wong S, Barsky SH. The virtues of the virtual medical school interview. Med Educ Online. 2021 Dec;26(1):1992820. doi: 10.1080/10872981.2021.1992820. PMID: 34758706; PMCID: PMC8592618.

183. Pandya R, Grace San Diego K, Shabbir T, Modi AP, Wang J, Dhahbi J, Barsky SH. The cell of cancer origin provides the most reliable roadmap to its diagnosis, prognosis (biology) and therapy. *Med Hypotheses*. 2021 Dec;157:110704. doi: 10.1016/j.mehy.2021.110704. Epub 2021 Oct 13. PMID: 34688214.

184. Enea K and **Barsky SH**. Race and Genetic Ancestry in Medicine. *New Engl J Med*, 384 (21):2070, 2021.

185. Enea K, Vu Baoanh, Le P, Wong S and **Barsky SH**. Finessing Flexner. *Academic Medicine*, 2022, in press

186. Eveland P, Wilhelm SR, Wong S, **Barsky SH**. A Preliminary Study of the Value of Personality Assessment in Medical School Admissions within the United States. *Journal of Medical Education and Curricular Development* 2022, in press

186. Arnav P. Modi, Julie P.T. Nguyen, Justin Wang, Jonathan S. Ahn, William A. Libling, Jacob M. Klein, Preeanka Mazumder and **Barsky SH**. Geometric tumor embolic budding characterizes inflammatory breast cancer. *Breast Cancer Res Treat*, 2022 in press

## U.S. Patents

## Issued

1. **Barsky SH** and Sternlicht M. Method of growing cells in a mammal. *U.S.Patent* 5,508,188; April 16, 1996.

2. **Barsky SH** and Sternlicht M. Adenocarcinoma cell basement membrane composition. *U.S. Patent* 5,643,787; July 1, 1997.

3. **Barsky SH** and Love SM. Methods and kits for identifying ductal orifices. *U.S. Patent* 6,168,779; Jan. 2, 2001.

4. Love SM and **Barsky SH**. Method and kit for obtaining fluids and cellular material from breast ducts. *U.S. Patent* 6,221,622; April 24, 2001.

5. **Barsky SH**, Love SM and Alpaugh ML. Methods and kits for identifying ductal orifices in a nipple. *U.S. Patent* 6,455,027; September 24, 2002.

6. **Barsky SH** and Alpaugh ML. Compositions and methods for intraductal gene therapy. *U.S. Patent* 6,514,695; February 4, 2003.

7. Love SM and **Barsky SH**. Methods for performing medical procedures within a breast duct. *U.S. Patent* 6,890,311; May 10, 2005.

8. **Barsky SH**, Alpaugh ML and Tomlinson JS. Human inflammatory breast carcinoma xenograft capable of lymphovascular invasion and methods for its use. *U.S. Patent* 6,998,513; February 14, 2006.

9. **Barsky SH** and Grossman DA. Feline bronchioloalveolar lung carcinoma xenograft and cell line. *U.S. Patent* 7,220,891 B2, May 22, 2007.

10. **Barsky SH**. High-resolution digital image processing in the analysis of pathological materials. *U.S. Patent* 7,894,645, February 22, 2011.

**Issued (cont.)**

11. Gholap AS, Gholap GA, Rao CVK, **Barsky SH**, Vipra M, Kamble G, Patil SM, Jadhav P. Method and system for automated detection of immunohistochemical (IHC) patterns. *U.S. Patent* 7,941,275; May 10, 2011.

12. Gholap AS, Gholap GA, Rao CVK, **Barsky SH**, Vipra M, Patil SM, Jadhav P, Abhyankar J. Method and system for morphology based mitoses identification and classification of digital images. *U.S. Patent* 7,979,212; July 12, 2011.

13. Gholap AS, Gholap GA, Jadhav P, **Barsky SH**, Rao CVK, Vipra M. Method for automated processing of digital images of tissue micro-arrays (TMA). *U.S. Patent* 8,068,988; November 29, 2011.

14. Love SM and **Barsky SH**. Methods for obtaining fluid and cellular material from a breast duct. *U.S. Patent Application Serial No.:* 10/175,022, filed June 19, 2002.

15. Gholap AS, Gholap GA, Rao CVK, **Barsky SH**, Jadhav P, Abhyankar and J.Vipra. Method and system for automatically determining diagnostic saliency of digital images. *U.S. Patent Application Serial No.:* 10/966,071, filed October 24, 2004.

16. Patil S, Somwanshi S, Tatke L and **Barsky SH**. Method for detecting area of interest for digital microscope slide scanning. *U.S. Patent Application Serial No.:* 60/896,852, filed March 23, 2007.

17. Dietz L, Kuhlmann K, Tatke L, Somwanshi S, Todd C, Patil S and **Barsky SH**. Digital microscope slide scanning system and methods. *U.S. Patent Application Serial No.:* 60/892,832, filed March 23, 2007.

18. Gao JX, Shen R, Chen L, **Barsky SH** and Ye Y. Piwil-2-related biomarkers and cell lines useful therewith. *U.S. Patent Application Serial No.:* 60/851,979, filed October 16, 2007.

19. Dietz L, Kuhlmann K, Tatke L, Somwanshi S, Todd C, Stark G, Rodriguez B, Loney G, Sabata B, Allen R, Patil S, Chivate S, Ravindran P and **Barsky SH**. Digital microscope slide scanning system and methods. *U.S. Patent Application Serial No.:* 12/054,309, continuation, filed March 24, 2008.

**Issued (cont.)**

20. Lou Dietz (Mountain View, CA, US) Kurt Kuhlmann (San Jose, CA, US) Kurt Kuhlmann (San Jose, CA, US) Lokesh Tatke (Sunnyvale, CA, US) Suraj Somwanshi (Cupertino, CA, US) Christopher Todd (San Jose, CA, US) Glenn Stark (Scotts Valley, CA, US) Barry Rodriguez (San Jose, CA, US) Gregory Loney (Los Altos, CA, US) Bikash Sabata (Beverly Hills, CA, US) Ronald L. Allen (San Jose, CA, US) Suhas Patil (Pune, IN) SuHt Chivate (Pune, IN) Prashanth Ravindran (Pune, IN) **Sanford Barsky** (Columbus, OH, US) Assignees: Ventana Medical Systems, Inc. IPC8 Patent application title: DIGITAL MICROSCOPE SLIDE SCANNING SYSTEM AND METHODS. Class: AG06K946FI
USPC Class: 382133 Class name: Applications biomedical applications cell analysis, classification, or counting Publication date: 2012-03-29 Patent application number: 20120076391

21. Abhijeet S. Gholap (San Jose, CA, US) Gauri A. Gholap (San Jose, CA, US) Chiruvolu V.k. Rao (Pune, IN) **Sanford H. Barsky** (Columbus, OH, US) Madhura Vipra (Pune, IN) Gurunath Kamble (Pune, IN) Suhas Manmantrao PatH (Pune, IN) Prithvirai Jadhav (San Jose, CA, US) Patent application title: Method and System for Automated Detection of Immunohistochemical (IHC) Patterns Inventors: Assignees: Ventana Medical Systems, Inc., a Delaware Corporation IPC8 Class: AG06K900FI USPC Class: 382133 Class name: Applications biomedical applications cell analysis, classification, or counting Publication date: 2011-12-22 Patent application number: 20110311123

22. Abhijeet S. Gholap (San Jose, CA, US) Gauri A. Gholap (San Jose, CA, US) Prithviraj Jadhav (Kothrud, IN) **Sanford H. Barsky** (Columbus, OH, US) C. V. K. Rao (Kothrud, IN) Madhura Vipra (Kothrud, IN) Patent application title: METHOD FOR AUTOMATED PROCESSING OF DIGITAL IMAGES OF TISSUE MICRO-ARRAYS (TMA) Inventors: Assignees: Ventana Medical Systems, Inc. IPC8 Class: AG06K900FI USPC Class: 382133 Class name: Applications biomedical applications cell analysis, classification, or counting Publication date: 2012-04-19 Patent application number: 20120093387

**Pending**

1. Arnav P. Modi, Justin Wang, Sabrina R. Wilhelm, Yin Ye, Sanford H. Barsky. A second novel human inflammatory breast cancer xenograft. Karen-X PTA-126676 and Karen-X-spheroids PTA-126677. ATCC Patent Deposit Material and, 2020.

2. Kristine Enea, Sanford H Barsky. TMAker, a novel high throughput automated method of tissue microarray construction and interpretation , Preliminary Patent Application, 2022

## Foreign Patents

### Issued

1. **Barsky SH** and Alpaugh ML. Compositions and methods for intraductal gene therapy. *Commonwealth of Australia Patent* 777130, February 3, 2005.

2. Love SM, Hung D, Xuanmin H and **Barsky SH**. Catheter for obtaining cellular material from breast ducts. *European Patent* 1073476, January 11, 2006.

3. **Barsky SH**, Love SM, Hung D and He X. Method and kit for obtaining fluids and cellular material from breast ducts. *Canadian Patent* 2,327,514, August 26, 2008.

4. **Barsky SH** and Alpaugh ML. In vitro method of selectively transducting a myoepithelial cell. *Israeli Patent* 143988, November 18, 2009.

### Pending

1. **Barsky SH** and Alpaugh ML. Compositions and methods for intraductal gene therapy. Canadian Patent Application No. 2,356,960.