JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
LINDSAY AGER
Assistant United States Attorney
Nevada Bar No. 11985
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Lindsay.Ager@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Mirelys Jimenez, | Case No. 2:22-cv-00680-JAD-BNW |
| Plaintiff, | **Stipulation and Order to Extend Jimenez's Deadline to Respond to United States' Motion to Dismiss (ECF No. 6)** |
| v. | |
| United States of America, | |
| Defendant. | ECF No. 9 |

Jimenez's deadline to respond to the United States' motion to dismiss[1] is July 29, 2022. Jimenez contacted the United States to request a 30-day extension of that deadline. The United States does not oppose this request. Accordingly, the parties stipulate to extend Jimenez's deadline to respond to the motion to dismiss until August 29, 2022.

Dated: July 28, 2022

E. BREEN ARNTZ
The Law Office of Karen H. Ross

 */s/ Breen Arntz*
Attorney for Plaintiff

Dated: July 28, 2022

JASON M. FRIERSON
United States Attorney

 */s/ Lindsay Ager*
LINDSAY AGER
Assistant United States Attorney

**IT IS SO ORDERED.**  The parties are cautioned that future requests to extend time must contain an explanation of why the extension is needed.

_____
United States District Judge

---

[1] ECF No. 6.