JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
LINDSAY AGER
Assistant United States Attorney
Nevada Bar No. 11985
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Lindsay.Ager@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Mirelys Jimenez, | Case No. 2:22-cv-00680-JAD-BNW |
| Plaintiff, | **Stipulation and Order to Extend Surreply Deadline** |
| v. | |
| United States of America, | ECF No. 29 |
| Defendant. | |

The United States' court-ordered deadline to file a surreply to Jimenez's motion to amend judgment (ECF No. 18) is February 17, 2023. The undersigned AUSA respectfully requests a two-week extension of that deadline due to serious illness. Jimenez's attorney does not oppose this request. Accordingly, the parties stipulate to extend the United States' surreply deadline until March 3, 2023.

Dated: February 13, 2023

E. BREEN ARNTZ
The Law Office of Karen H. Ross

 /s/ E. Breen Arntz
Attorney for Plaintiff

Dated: February 14, 2023

JASON M. FRIERSON
United States Attorney

 /s/ Lindsay Ager
LINDSAY AGER
Assistant United States Attorney

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey

Dated: 2/14/23